```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
PAPAYA GAMING, LTD.,                 :
                                     :
                    Plaintiff,       :    25cv5573 (DLC)
                                     :
         -v-                         :    ORDER
                                     :
FAIR PLAY FOR MOBILE GAMES, et al.,  :
                                     :
                    Defendants.      :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

    This case has been assigned to me for all purposes. It is hereby

    ORDERED that a conference shall be held at **10:30 a.m.** on **September 11, 2025** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York.

    IT IS FURTHER ORDERED that a status letter is due on **September 5, 2025**.

Dated:    New York, New York
           July 22, 2025

                                          _____
                                               DENISE COTE
                                      United States District Judge