**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

1440 NEW YORK AVENUE, N.W.

WASHINGTON, D.C. 20005-2111

---

TEL: (202) 371-7000
FAX: (202) 393-5760
www.skadden.com

FIRM/AFFILIATE OFFICES
---
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WILMINGTON
---
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(202) 371-7201
DIRECT FAX
(202) 661-8201
EMAIL ADDRESS
MICHAEL.MCINTOSH@SKADDEN.COM

July 24, 2025

**VIA ECF**
Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

      RE: *Papaya Gaming, Ltd. v. Fair Play for Mobile Games*, No. 1:25-cv-05573-DLC

Dear Judge Cote:

      I write as counsel for Papaya Gaming, Ltd. ("Papaya") in the above-referenced matter. Unfortunately, I am unable to attend the conference scheduled for September 11 (ECF No. 120) in light of a family medical procedure. Accordingly, Papaya respectfully requests that the Court reschedule the conference.

      We have conferred with counsel for Defendants, who consent to rescheduling the conference. Counsel for all parties are available on September 4, should that date work for Your Honor.

Respectfully submitted,

/s/ *Michael A. McIntosh*
Michael A. McIntosh

cc:    All counsel of record (by ECF)

*[Handwritten note: The conference is rescheduled to September 18 at 2:30 pm. — Denise Cote 7/24/25]*