

**PIERSON FERDINAND**

CHRISTINA H. BOST SEATON
FOUNDING PARTNER
CO-CHAIR, LITIGATION DEPARTMENT

Mail: 320 7th Avenue #252,
Brooklyn, NY 11215

Office: 1270 Avenue of the Americas
7th Floor - 1050
New York, New York 10020

Office: 917.765.8201
Direct: 203.887.4665
Facsimile: 347.236.8654
Email: christina.bostseaton@pierferd.com

July 24, 2025

**VIA ECF**

Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

RE: *Papaya Gaming, Ltd. v. Fair Play for Mobile Games*, No. 1:25-cv-05573-DLC

Dear Judge Cote:

    I write as counsel for defendants Assemble the Agency LLC and Lacie Newton (collectively, the "Assemble Defendants") in the above-referenced matter.

    Earlier today, we consented to Papaya's request to adjourn the conference scheduled for September 11, 2025, and all parties proposed the date of September 4, 2025 (DE 122). Your Honor granted the request and rescheduled the conference for September 18, 2025 (DE 123).

    Unfortunately, I am unable to attend the conference on September 18, 2025 (ECF No. 123) because our Firm's retreat is scheduled for September 17-19, 2025 in Vermont. While there, I will be presenting in my capacity as the Co-Chair of the Litigation Department, and my other partners working on this matter will also be attending.

    Accordingly, we respectfully request that the Court reschedule the conference.

    We have conferred with counsel for Defendants, who consent to rescheduling the conference. Counsel for all parties are available on September 25, 2025, should that date work for Your Honor.

    Thank you very much for your assistance, and we apologize for any inconvenience.

*[Handwritten: The conference is rescheduled to 9/10/25 at 4:00 pm. /s/ Denise Cote 7/25/25]*

Respectfully submitted,

/s/ Christina H. Bost Seaton, Esq.
Christina H. Bost Seaton, Esq.
Pierson Ferdinand LLP

ARIZONA    CALIFORNIA    COLORADO    DELAWARE    DISTRICT OF COLUMBIA    FLORIDA    GEORGIA    ILLINOIS    MASSACHUSETTS    MICHIGAN
NEW JERSEY    NEW YORK    NORTH CAROLINA    OHIO    PENNSYLVANIA    TEXAS    UNITED KINGDOM    VIRGINIA    WASHINGTON

 PIERSON FERDINAND

Hon. Denise L. Cote
July 24, 2025
Page 2 of 2

        Office: 1270 Avenue of the Americas, 7th
        Floor – 1050
        New York, NY 10020
        Mail: 320 Seventh Avenue, #252
        Brooklyn, New York 11215
        Cell: (203) 887-4665
        Office: (917) 765-8201

*Attorneys for Defendants*
*Lacie Newton and*
*Assemble the Agency, LLC*

cc: All counsel of record (by ECF) Case 1:25-cv-05573-DLC

Pierson Ferdinand LLP, Engagement Letter for << Matter.Client.Name >>