SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

1440 NEW YORK AVENUE, N.W.
WASHINGTON, D.C. 20005-2111

TEL: (202) 371-7000
FAX: (202) 393-5760
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(202) 371-7201
DIRECT FAX
(202) 661-8201
EMAIL ADDRESS
MICHAEL.MCINTOSH@SKADDEN.COM

August 6, 2025

> *[Handwritten note from Judge]:* Given the pending motions to dismiss, the September conference is cancelled. Accordingly, this request is denied.
>
> /s/ Denise Cote
> 8/14/25

**VIA ECF**
Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

RE:   *Papaya Gaming, Ltd. v. Fair Play for Mobile Games*, No. 1:25-cv-05573-DLC

Dear Judge Cote:

We write on behalf of Papaya Gaming, Ltd. ("Papaya") concerning Defendants' refusal to participate in a Rule 26(f) discovery conference—even though this case has been pending for nearly five months. As further explained below, Papaya respectfully requests that the Court order Defendants to participate in a Rule 26(f) conference on or before August 29 and further order the parties to file a discovery plan prior to the September 10 conference.

Papaya initiated this action in the U.S. District Court for the Eastern District of Virginia on March 14, 2025. ECF No. 1. Papaya filed an Amended Complaint on April 4. ECF No. 20. On May 2, Defendants filed several motions in response to the Amended Complaint, including motions to dismiss. ECF Nos. 48–50, 52. On July 2, the Virginia court granted Defendants' motions to transfer the case to this Court and left it to this Court to rule on the remaining motions. ECF No. 104. This Court has since set a conference for September 10. ECF No. 131.

On August 1, counsel for Papaya asked Defendants' counsel for their availability to hold a Rule 26(f) conference during the week of August 4. Ex. A. Defendants' counsel responded in an August 5 email that they "do not believe a Rule 26(f) conference is required or appropriate at this time." *Id.* Papaya's counsel pointed out that Defendants had not sought a stay of discovery and that conducting the Rule 26(f) conference in advance of the September 10 conference would facilitate the orderly and efficient progression of this litigation. *Id.* Counsel proposed that the

Honorable Denise L. Cote
August 6, 2025
Page 3

                                      Respectfully submitted,

                                      */s/ Michael A. McIntosh*
                                      Michael A. McIntosh

cc:     All counsel of record (by ECF)