```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
PAPAYA GAMING, LTD.,                     :
                                         :
                        Plaintiff,       :      25cv5573 (DLC)
                                         :
              -v-                        :         ORDER
                                         :
FAIR PLAY FOR MOBILE GAMES, et al.,      :
                                         :
                        Defendants.      :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that the movant shall promptly deliver to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York, two (2) courtesy copies of any outstanding motions.

Dated:   New York, New York
         August 14, 2025

                                    _____
                                          DENISE COTE
                                    United States District Judge