UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAPAYA GAMING, LTD., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No.: 1:25-cv-05573-DLC |
| FAIR PLAY FOR MOBILE GAMES, *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

## DECLARATION OF JORDAN MCCRARY

I, Jordan McCrary, hereby declare as follows:

1. I am a partner with the law firm Morgan, Lewis & Bockius LLP, counsel for Defendants Fair Play for Mobile Games, Josh Levin, Square Strategies LLC, Mavan Group, Inc., and Valor Public Strategies LLC in the above-captioned action. I submit this declaration in support of Defendants' Motion for Sanctions against Plaintiff Papaya Gaming, Ltd. ("Papaya") and its counsel. The following statements are based on my personal knowledge and/or public court filings in this action.

2. Attached hereto as Exhibit A is a true and correct copy of the transcript of the July 2, 2025 hearing in this action before Judge Michael S. Nachmanoff of the U.S. District Court for the Eastern District of Virginia.

3. Attached hereto as Exhibit B is a true and correct copy of a letter that I sent to Papaya's counsel on or about March 31, 2025.

4. Attached hereto as Exhibit C is a true and correct copy of a letter dated April 1, 2025 from Amy Epstein Gluck to Papaya's counsel, which was previously filed in this action as Dkt. 88 at p. 5.

1

5. Attached hereto as Exhibit D is a true and correct copy of a letter that I sent to Papaya's counsel on or about April 28, 2025.

6. Attached hereto as Exhibit E is a true and correct copy of a letter dated April 25, 2025 from Amy Epstein Gluck to Papaya's counsel, which was previously filed in this action as Dkt. 84-1 at p. 81.

7. Attached hereto as Exhibit F is a true and correct copy of a letter that I sent to Papaya's counsel on or about July 7, 2025.

8. Attached hereto as Exhibit G is a true and correct copy of a letter dated July 11, 2025, which Papaya's counsel, Margaret E. Krawiec, sent to me in response to my letter dated July 7, 2025.

9. Attached hereto as Exhibit H is a true and correct copy of a letter dated July 22, 2025 from Ari Micah Selman to Papaya's counsel, on which I was copied.

10. Attached hereto as Exhibit I is a true and correct copy of email correspondence dated August 1 – 6, 2025 between Defendants' counsel and Papaya's counsel, which I received.

11. Attached hereto as Exhibit J is a true and correct copy of a letter dated August 6, 2025, from Papaya's counsel to Ari Micah Selman, on which I was copied.

12. Attached hereto as Exhibit K is a true and correct copy of a redline comparison prepared by my office showing how the Amended Complaint in this action modified the original Complaint filed by Papaya in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 18, 2025

                                                     /s/ *Jordan McCrary*
                                                     Jordan McCrary