# Exhibit A

1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2

```
PAPAYA GAMING, LTD                   :      Civil Case
              Plaintiff             :      No. 1:25-cv-470
```

3

4

```
         v.                          :
                                     :
```

5

```
FAIR PLAY FOR MOBILE GAMES,          :      July 2, 2025
et al.,                              :      10:00 a.m.
              Defendants             :
```

6

```
.............................  :     ......................
```

7

TRANSCRIPT OF MOTIONS HEARING
BEFORE THE HONORABLE MICHAEL S. NACHMANOFF
UNITED STATES DISTRICT JUDGE

8

9

**APPEARANCES:**

10

```
FOR THE PLAINTIFF:        MICHAEL McINTOSH
                          TODD D. KELLY
                          MARGARET KRAWIEC
                          SKADDEN, ARPS, SLATE,
                          MEAGHER & FLOM, LLP
                          1440 New York Avenue, NW
                          Washington, DC  20005
                          202-371-7000
```

11

12

13

14

15

```
FOR THE DEFENDANTS FAIR   JORDAN McCRARY
PLAY FOR MOBILE GAMES,    MORGAN, LEWIS & BLCKIUP, LLP
JOSH LEVIN,               300 S. Grand Avenue
SQUARE STRATEGIES, LLC,   22nd Floor
MAVAN GROUP, INC., VALOR  Los Angeles, CA  90071
PUBLIC STRATEGIES, LLC:   213-612-2501
```

16

17

18

```
                          DOUGLAS ANDREW HASTINGS
                          MORGAN LEWIS & BOCKIUS, LLP
                          1111 Pennsylvania Avenue, NW
                          Washington, DC  20004
                          202-739-000
```

19

20

21

```
                          ELIZABETH BROOKE HERRINGTON
                          MORGAN, LEWIS & BOCKIUS, LLP
                          110 North Wacker Drive
                          Suite 2800
                          Chicago, IL  60606
                          312-324-1000
```

22

23

24

25

```
                          (APPEARANCES CONTINUED ON
                          FOLOWING PAGE:)
```

2

```
1    FOR DEFENDANTS            AMY EPSTEIN GLUCK
     LACIE NEWTON AND ASSEMBLE  PIERSON FERDINAND, LLP
2    THE AGENCY, LLC:          601 Pennsylvania Avenue, NW
                               Suite 900
3                              Washington, DC  20004
                               301-526-1184
4
                               CHRISTINA H. BOST SEATON
5                              PIERSON FERDINAND, LLP
                               1270 Avenue of the Americas
6                              7th Floor - 1050
                               New York, NY  10020
7                              203-887-4665

8

9    OFFICIAL COURT REPORTER:  REBECCA STONESTREET, RPR, CRR
                               U.S. District Court, 9th Floor
10                             401 Courthouse Square
                               Alexandria, Virginia  22314
11                             (240) 426-7767

12
                          ( Pages 1 - 42)
13

14
          COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES
15

16

17

18

19

20

21

22

23

24

25
```

**P R O C E E D I N G S**

1

2          COURTROOM CLERK:  Civil Action 2025-470, Papaya Gaming

3    versus Fair Play For Mobile Games, et al.  Counsel, please note

4    your appearances for the record.

5          MR. McINTOSH:  Good afternoon.  Michael McIntosh on

6    behalf of plaintiff Papaya Gaming.  With me are Margaret Krawiec

7    and Todd Kelly.

8          THE COURT:  All right.  Good morning.

9          MR. HASTINGS:  Good morning, Your Honor.  Doug Hastings

10   for defendants Fair Play For Mobile Games, Josh Levin,

11   Square Strategies, Mavan Group, and Valor Public Strategies.

12   And with me are Beth Herrington and Jordan McCrary, who will be

13   arguing.

14         THE COURT:  All right.  Good morning.

15         MS. GLUCK:  Good morning, Your Honor.

16   Amy Epstein Gluck for defendants Assemble The Agency and

17   Lacie Newton.  And with me from New York is my partner

18   Christina Bost Seaton from Pierson Ferdinand.

19         THE COURT:  All right.  Good morning to you all.  This

20   matter comes before the Court on a host of motions, and the

21   Court has endeavored to review all the materials, the motions,

22   the memoranda, the oppositions, the reply briefs.

23         And as an initial matter, there are a set of motions to

24   take judicial notice, and I will grant those motions and take

25   judicial notice of the attached documents.  I don't think

4

1     there's an objection, is there?

2              MR. McINTOSH:  That's correct, Your Honor.

3              THE COURT:  So that disposes of those motions.  And

4     there's a lot to talk through, but we're not going to spend all

5     day discussing this matter.  We're going to go to the heart of

6     it and talk about transfer first.  If we need to talk about

7     anything else, we'll do so.

8              So I'll hear first from whoever is going to argue that

9     matter.

10             MR. McCRARY:  Good morning.  Jordan McCrary on behalf

11    of Fair Play For Mobile Games, Josh Levin, Mavan Group, and

12    Valor.

13             This case should be transferred to the

14    Southern District of New York for the interests of justice and

15    the convenience of the parties so it can proceed before

16    Judge Cote, who has twice dismissed these same claims.

17             This case bears little relation to Virginia.  The only

18    connection between Virginia and this case is a long dissolved

19    nonprofit organization, Fair Play For Mobile Games.  Six of the

20    seven defendants are located outside of Virginia.  Assembly the

21    Agency is -- its principal place of business is in New York,

22    Ms. Newton is domiciled in New York, and for the other

23    defendants, they've explained in declarations why New York would

24    be a more convenient forum for them.

25             Papaya argues that Virginia has a strong connection to

5

```
 1    this case because of the Fair Play website.  The Fair Play was
 2    accessible in all 50 states; indeed, the entire world.  Papaya's
 3    issue with the Fair Play website was the gathering of complaints
 4    from consumers.  There was more than seven times as many
 5    complaints from consumers in New York versus Virginia.
 6    Moreover, Papaya takes issue with the forwarding of those
 7    consumer complaints to state attorneys general.  No consumer
 8    complaints from Virginia were forwarded to the Virginia state
 9    attorney general.  In contrast, complaints were forwarded to the
10    New York attorney general.
11          Normally in cases, a plaintiff is one of the most
12    important witnesses.  Here, Papaya's witnesses in New York, in
13    the New York action, all pled the Fifth Amendment right against
14    self-incrimination rather than testify.  So they will not be
15    testifying in this case.  Furthermore, Papaya is not based out
16    of Virginia.  It's a corporation that's domiciled in Israel.  So
17    because of that, its choice to re-file here in Virginia should
18    be given no weight.
19          THE COURT:  How do you respond to the argument that
20    there's no personal jurisdiction in New York and the case
21    couldn't have been brought there over several of the defendants?
22          MR. McCRARY:  Papaya pleads that the defendants in this
23    case violated New York state law which prohibits providing false
24    information for public filing to New York state officials.  They
25    allege that was a tortious act, and therefore New York has
```

6

1    personal jurisdiction over the defendants.  And, of course,

2    Ms. Newton and Assemble the Agency are at home in New York, so

3    there's general personal jurisdiction over them.

4          And because of the alleged violation of New York state

5    law and also because of alleged co-conspirator jurisdiction,

6    there would also be jurisdiction over all of the defendants in

7    New York as well.  And notably, Papaya itself has relied on

8    conspiracy jurisdiction to plead personal jurisdiction over six

9    of the seven defendants in this case.

10          Additionally, not only has Judge Cote twice dismissed

11    these same claims by Papaya, but additionally, she's currently

12    presiding over related litigation that was brought by Skillz

13    against Papaya, which is set for trial, where it will be decided

14    whether Papaya is liable for using bots.  And Judge Cote noted

15    in her order dismissing Papaya's claims that that issue,

16    Papaya's use of bots, is at the heart of not only the claims

17    that she dismissed, which Papaya reasserts here, but also the

18    ongoing litigation against Papaya where it will be decided

19    whether Papaya is liable for that conduct.

20          Notably, Papaya does not deny that it used bots, it

21    simply just says that doesn't give rise to liability.  But there

22    will be extensive witness testimony from experts.  Again,

23    because Papaya is not testifying because it's pled the

24    Fifth Amendment right against self-incrimination, there will be

25    testimony and evidence presented at that trial regarding

7

1    Papaya's use of bots if it's not disposed of before on summary

2    judgment.

3            Additionally, in addition to the 1404 factors being

4    satisfied here, the first-filed rule also reinforces that

5    transfer is appropriate.  The first-filed rule applies based on

6    the chronology of filing where there's substantial similarity of

7    the parties and substantial similarity of the issues.  All of

8    those factors are present here.  And therefore, the first-filed

9    rule provides an additional basis, in addition to the 1404

10   factors, and it reinforces that transfer is appropriate.

11           THE COURT:  Help me understand the chronologies as you

12   understand it.  I've taken judicial notice of the filings in

13   New York, and the first case was filed by Skillz.  Of course,

14   the other side is going to argue Skillz doesn't have anything to

15   do with this.  It's not one of the defendants.  But help me

16   understand the chronology of when this was filed in relation to

17   the counterclaims that were litigated in New York.

18           MR. McCRARY:  Papaya's claims actually first began in

19   Virginia state court.  Papaya then served subpoenas in that

20   action on defendants here, and it said in its pleadings that

21   through those subpoenas, it identified the defendants here.

22           It then moved --

23           THE COURT:  And when was that Virginia state court

24   proceeding filed, before or after the Southern District of

25   New York case had been instituted by Skillz?

8

```
 1            MR. McCRARY:  It was filed afterwards.  So the first
 2    Skillz case against Papaya was filed, then Papaya filed its
 3    claims in Virginia state court.  Papaya then moved to dismiss
 4    Skillz's claims against Papaya in the Southern District of
 5    New York, and after it lost that motion to dismiss Skillz's
 6    claims, it then filed its claims against Skillz and a number of
 7    other defendants alleging the same claims that are alleged here.
 8            So Papaya previously chose not to litigate its claims
 9    in Virginia.  It abandoned that case and chose instead to pursue
10    its claims in New York.  And in New York, in its pleadings
11    there, Papaya identified each of the defendants here by name and
12    alleged that they were co-conspirators with Skillz based on the
13    same exact facts that Papaya reasserts here.
14            Papaya made a strategic choice not to join the
15    defendants here as parties.  But it did serve subpoenas on all
16    of the defendants here in the New York action, and it obtained
17    extensive discovery from them.  And yet it chose, whether it's
18    in its original complaint or first amended complaint or its
19    proposed second amended complaint, not to join the defendants
20    here.  It decided not to do that, not to pursue claims against
21    the defendants here until after Papaya had lost in New York.
22            And what Papaya is trying to do here is to collaterally
23    attack Judge Cote's rulings.  Her ruling granting Skillz's
24    12(b)(6) motion to dismiss that was based on what Judge Cote
25    found, that the statements, the challenged statements on the
```

9

1    Fair Play website, were not materially false and therefore they

2    were not actionable.

3         And then Papaya filed a proposed second amended

4    complaint.  And there it focused on the same facts that it seeks

5    to reassert here regarding, one, the submission of complaints to

6    law enforcement; two, the alleged misattributed quotes and

7    statements on the Fair Play website; and three, the purported

8    interview scheme.  And Judge Cote, in her detailed 20-plus page

9    order, explained why those claims fail to state a claim, and she

10   went through them in detail.

11        And Papaya has filed here, hoping to attack

12   Judge Cote's orders, not only her orders twice rejecting

13   Papaya's claims, but also her orders closing discovery there,

14   her rulings on discovery - for example, she's granted protective

15   orders in certain cases, she's granted motions to compel, she's

16   granted sealing orders - and Papaya is seeking to come down here

17   hoping to collaterally attack her orders.  That's not allowed.

18   If Papaya has disagreement with Judge Cote's orders, it should

19   take them up with the Second Circuit Court of Appeals.  It

20   should not come down to the Eastern District of Virginia hoping

21   to collaterally attack her orders.

22        THE COURT:  All right.  Thank you.

23        MR. McCRARY:  Thank you.

24        THE COURT:  Let me just make sure, before I hear from

25   the plaintiff, if Ms. Gluck wants to weigh in on the issue of

10

1    transfer.

2         MS. GLUCK:  Thank you.  No, we have nothing additional

3    to add on that point.  We join.

4         THE COURT:  All right.  Very good.

5         MR. McINTOSH:  Good morning, Your Honor, and may it

6    please the Court.  Michael McIntosh on behalf of plaintiff

7    Papaya Gaming.

8         I want to start out by correcting the record here a bit

9    on the fundamental differences between this New York case and

10   the amended complaint in this case.  As my friend just said and

11   as Judge Cote said in her opinions and is quoted throughout

12   defendants' brief, the heart of the case in the

13   Southern District of New York are allegations concerning

14   Papaya's bot use and the alleged consumer deception.  This case

15   has nothing to do with Papaya's alleged bot use, it has nothing

16   to do with consumer deception.  The core of this case is

17   whether, as defendants now have admitted through counsel's sworn

18   declaration, through their briefing, defendants submitted false

19   fabricated complaints to law enforcement urging them to take

20   action against Papaya under false pretenses.

21        So the claims are different, the legal standards are

22   different.  Nothing in Judge Cote's opinion counsels in favor of

23   granting a motion to dismiss in this case.  And I would like to

24   focus in particular on one piece of Judge Cote's opinion before

25   I move to some of the procedural history and the transfer

1  factors.

2        But the nub of defendants' argument here is pointing to

3  Judge Cote's conclusion that Papaya did not allege that consumer

4  statements in these doctored letters that Papaya used bots or

5  that Papaya wanted law enforcement action were false.  But

6  that's not at issue here.  The content of the letters is not at

7  issue here.  What's at issue in this case under the business

8  conspiracy claim is whether defendants fabricated, altered, or

9  manipulated those letters containing those contents.  And here,

10  it's undisputed, based on defendants' counsel's sworn

11  declaration, based on defendants' brief, that that's exactly

12  what they did.  That is classic business conspiracy, it's

13  textbook obstruction of justice in violation of 18 U.S.C. 1001,

14  among other statutes.

15        So this case at its core is far different from the case

16  that Judge Cote considered, and to determine that, one need look

17  only at Judge Cote's words in her orders.

18        I also want to explain about the procedural history

19  here.  Papaya did not choose to file an action in New York, it

20  did not choose to litigate in New York.  Skillz sued Papaya in

21  March 2024 in a purely consumer deception case.  So Skillz

22  alleged that Papaya had falsely advertised and made certain

23  misrepresentations about the nature of its matchmaking

24  practices, and Skillz asserted claims under the federal

25  Lanham Act, which governs false advertising, and under the

1    New York analogous statute.  Papaya sought to dismiss these

2    claims.  It didn't seek to litigate in New York.  It filed a

3    motion to dismiss.

4         While that motion to dismiss was pending, separately

5    Papaya filed a John Doe action in Virginia state court seeking

6    to determine who was behind the 4FairPlay website and the

7    4FairPlay activities that form the basis of the amended

8    complaint.  And the reason Papaya had to go to those great

9    lengths to determine who was behind the website is because the

10   defendants and Skillz and others deliberately hid their tracks

11   so they could not be identified as being the parties responsible

12   for the website and 4FairPlay's activities.

13        THE COURT:  And just to be clear, your position is that

14   Skillz is behind it.  Correct?

15        MR. McINTOSH:  Our position is that Skillz and

16   defendants are jointly behind the 4FairPlay website.  That's

17   correct.

18        THE COURT:  But you made the decision not to include

19   Skillz in this lawsuit?

20        MR. McINTOSH:  That's correct.  So Papaya sued -- I

21   mean, to finish the chronology, with Your Honor's indulgence,

22   the Court in New York denied Papaya's motion to dismiss these

23   consumer deception claims.  Then Papaya, in its answer, asserted

24   a host of counterclaims, one component of which were claims

25   related to the false advertising on the 4FairPlay website;

1    mainly under the federal Lanham Act.  And under the New York

2    analogous false advertising statute, Papaya asserted

3    intellectual property claims against Skillz and other gaming

4    developers, and Papaya's asserted claims for false advertising

5    related to Skillz's misstatements about its matching of players.

6    And that was in September of 2024.

7            And notably, Your Honor --

8            THE COURT:  So that was essentially, you're accusing us

9    of doing this and we're accusing you back of doing the same

10    thing?

11            MR. McINTOSH:  If Your Honor would characterize it that

12    way.  I would say the core of the complaint and the

13    counterclaims were mirror images, that's correct.

14            So Skillz was alleging that Papaya had falsely

15    advertised to consumers about certain aspects of its

16    matchmaking.  Papaya alleged that Skillz did the same thing, and

17    in particular promised even matches when it deliberately

18    unevenly matches players, and, in fact, forces players to win or

19    lose in specific games, contrary to its public advertisements.

20            That is the core of the case, and that has been the

21    core of discovery in that case.  Defendants throw out statistics

22    about the number of documents produced in the New York

23    litigation and sealing orders and discovery orders, but the vast

24    majority of those documents produced.  The vast majority of

25    those orders dealt with these core consumer deception claims and

14

1    did not deal --

2            THE COURT:  And that's what Judge Cote permitted Skillz

3    to pursue against Papaya, and that's the one area that

4    Judge Cote permitted Papaya to pursue against Skillz.  Is that

5    right?

6            MR. McINTOSH:  That is exactly right, Your Honor.

7    Judge Cote has been clear from the outset that she views that

8    case as, at its core, about consumer deception and

9    representations about matchmaking.  And for that reason, even

10   though Judge Cote didn't dismiss the intellectual property

11   claims in their entirety, she ordered them severed because she

12   wanted to keep the core case before her focused on dueling

13   consumer representations.  That also informed her discovery

14   decisions.

15           So, most notably, Papaya took no depositions regarding

16   4FairPlay.  In fact, Judge Cote entered a fairly extraordinary

17   order barring Papaya from asking any witnesses about 4FairPlay.

18   There's no deposition discovery conducted with 4FairPlay.  And

19   so these declarations we're seeing for the first time from the

20   defendants, including defendant Levin, these are new to us.  We

21   haven't had a chance to question any of these witnesses because

22   Judge Cote shut down that discovery to keep the case before her

23   narrowly about consumer deception and false advertising.

24           Similarly, although defendants were subpoenaed as third

25   parties in the New York litigation, the scope of their

15

1    production and the scope of the subpoenas necessarily was

2    curtailed because of their status as third parties.

3          THE COURT:  But those were choices that you made in not

4    trying to bring them in on your counterclaim.  Correct?

5          MR. McINTOSH:  Your Honor, I wouldn't say,

6    respectfully, it was a choice not to bring them in.  I think

7    much of the evidence in the amended complaint was obtained

8    following Judge Cote's deadline for submitting amended

9    counterclaims in the New York action.

10          And I think what's really important here is, Judge Cote

11    didn't dismiss the 4FairPlay related counterclaims until less

12    than two months before the close of fact discovery.  And Papaya

13    worked expeditiously to file a motion for leave to file proposed

14    second amended counterclaims, but that was filed less than a

15    month before fact discovery.  And it strains credulity to think

16    Papaya could have or should have sought to inject seven new

17    parties at that time, each of whom could have contested the

18    motion, each of whom could have filed motions to dismiss and

19    sundry other motions we see in this case, and each of whom would

20    have had a right to conduct discovery.  This all happened a few

21    weeks before the close of fact discovery.

22          And I also want to step back a bit and note the default

23    rule that the Supreme Court has recognized for 35 years, and

24    dates back longer than that, that a party simply isn't required

25    to name all joint tortfeasors in a single action.  Or, as the

1    Second Circuit put it in *Sacerdote*, and Second Circuit

2    preclusion law applies here, a plaintiff has as many causes of

3    actions as there are defendants.

4          So here, Papaya's choice, if you will, to file two

5    separate lawsuits, it's not inherently nefarious, underhanded,

6    there's no gamesmanship here.  This is what is permitted under

7    the default rules of this court and the Second Circuit.

8          And if I could, I would like to move to transfer.  And

9    first of all, I want to push back on this notion that Virginia

10    has no connection to this lawsuit.  The lynchpin of the schemes

11    alleged in the complaint was 4FairPlay.  Now, 4FairPlay was an

12    ostensible social welfare organization - we know that's not the

13    case - but it was incorporated in the Commonwealth and its

14    headquarters were in this district.  So this was the public face

15    of these schemes.

16          4FairPlay sponsored the 4FairPlay website.  4FairPlay

17    the entity contracted with the defendants to perform services

18    and conduct the activities that are alleged in the complaint.

19    4FairPlay was the hub of all of this activity.  4FairPlay

20    submitted these fake complaints to government officials, and

21    4FairPlay was a Virginia incorporation.  There is a significant

22    connection to Virginia, more so than New York, given the

23    centrality of 4FairPlay.

24          And if I can go through the 1404 factors, I would like

25    to first start with personal jurisdiction, because Your Honor

17

1    asked the question, or nodded to the rule that a defendant

2    seeking transfer bears the burden to establish that the suit

3    could have been brought at the time it was filed in the

4    transferee district.  Defendants haven't done that here, apart

5    from the Assemble defendants who are domiciled in New York.

6            Defendants in their opening brief, as Your Honor might

7    recall, submitted declarations prospectively consenting to

8    personal jurisdiction in the Southern District of New York.  But

9    that's not enough.  Their burden in their opening brief was to

10   establish that this action could have been brought at the time

11   it was filed in the Southern District of New York.  They didn't

12   do that.

13           Now, on reply, they raise the argument that the

14   connections in New York are sufficient for a New York court to

15   exercise personal jurisdiction over them.  First of all, that's

16   waived.  Defendants bear the burden to establish that.  They

17   didn't raise that argument in their opening brief, so that

18   argument is waived.

19           But even if Your Honor considers the argument, it's

20   still not available because defendants hardly cite the New York

21   long arm statute.  I heard my friends talk about conspiracy

22   jurisdiction in the commission of tortious acts.  They haven't

23   cited any cases construing those provisions of the long arm

24   statute, they haven't established that personal jurisdiction in

25   New York would comport with due process, they haven't

18

1   established that personal jurisdiction in New York is fair and

2   reasonable.  They haven't done their work.  They haven't carried

3   their burden.

4        So the Court need not go any further under 1404A

5   because defendants haven't carried their initial burden to

6   establish that this case could have been brought in New York --

7        THE COURT:  But help me understand your argument about

8   why personal jurisdiction is appropriate for all of the

9   non-Virginia defendants here but it wouldn't be equally

10  applicable to New York.

11       MR. McINTOSH:  Sure.  Certainly, Your Honor.  And I

12  will first start by saying, none of the defendants outside the

13  Assemble defendants have challenged personal jurisdiction.  So

14  by not challenging that, they have consented or waived any

15  objection to personal jurisdiction in this court.

16       But again, I think it goes back to 4FairPlay.

17  4FairPlay is a Virginia entity.  All of the defendants

18  contracted with 4FairPlay, this Virginia entity operating under

19  Virginia law, to perform the services that they performed.

20  4FairPlay hosted the interactive website that harvested personal

21  information, and added that personal information to falsified

22  complaints.  It was available in Virginia, it solicited

23  complaints from residents of the Commonwealth.  The amended

24  complaint alleges, and it should be accepted as true, that those

25  complaints then were given to the Virginia Attorney General.  I

1    know defendants have come up with a different explanation in an

2    untested declaration, but that's a question of fact that can be

3    resolved in discovery.

4         On that point, as an aside, I might just add, it's

5    interesting that the 4FairPlay website promised to everyone who

6    submitted a complaint that their complaint would be forwarded to

7    the attorney general in their state.  And yet now we hear from

8    defendant Levin they didn't actually do that.  They picked and

9    chose which government officials they would submit complaints to

10   based on which government officials Mr. Levin thought would be

11   enticed to start investigations of Papaya and other mobile

12   gaming companies.

13        So, Your Honor, it's the presence of 4FairPlay that

14   provides a link to the activities alleged in the amended

15   complaint that's not present in New York, and that is the key

16   distinction between the Commonwealth's connections to this case

17   and New York's connections to this case.

18        If I may, I would like to just go through the three or

19   so 1404A factors.  So first, I have touched on the first one.

20   But defendants don't dispute that in the ordinary course a

21   plaintiff's choice of forum here, Papaya's choice to litigate in

22   this court, is entitled to substantial deference.  Now, there

23   are cases holding that that deference is constrained when there

24   are few if any connections between the forum and the litigation,

25   but as I've just outlined, 4FairPlay is the hub of all of these

1    schemes, and it bears a strong connection to all of the claims

2    and facts alleged in the amended complaint.  So this is a case

3    where Papaya's choice to litigate here is entitled to

4    substantial deference.

5         Second, looking at the convenience of the parties and

6    witnesses, that doesn't really point in any way toward New York,

7    Virginia, or anywhere else.  And this is the age of digital

8    discovery.  Documents are as accessible in New York as Virginia,

9    as Idaho.  There are no conveniences to be gained by litigating

10   this case in New York.

11        And the same goes for witnesses.  Witnesses in this day

12   and age can be deposed via videotape, and the videos can be

13   played at trial and those depositions can be designated as trial

14   depositions.  There's no discernible need for witnesses,

15   supposed consumers who submitted complaints, to travel from

16   faraway places to the Commonwealth for a potential trial in this

17   case.

18        And then the third factor, the interests, really, of

19   the Commonwealth or this district in hearing this case weigh

20   strongly in favor of keeping this case in Virginia.

21   4FairPlay -- defendants chose to incorporate 4FairPlay in the

22   Commonwealth to take advantage of the Commonwealth's laws on

23   corporate entities.  They used those laws to attain status as a

24   501(c)(3) social welfare organization under federal law.

25        But while they were doing this and publicizing this as

1    their mission, they were, as defendants candidly admit,

2    undertaking duplicitous and deceptive schemes to take down

3    companies for profit.  And this court, this Commonwealth, has an

4    interest in ensuring that companies incorporated in the

5    Commonwealth abide by the Commonwealth's law.

6          And I should add there that this isn't an isolated

7    instance.  As the amended complaint sets out, defendants have a

8    habit of incorporating these types of supposed nonprofits in the

9    Commonwealth and using them to further business and for-profit

10   agendas.  So this court certainly has an interest in policing

11   that misconduct.

12         And briefly turning to the first-filed rule, as

13   defendants conceded in their reply briefs, that doesn't offer

14   stand-alone authority to transfer a case to the jurisdiction in

15   which it was first filed.  At most it's a consideration, but

16   courts still have to go through the 1404A factors, all of which,

17   as I have just outlined, weigh against transfer to New York.

18         And finally, Your Honor, I'll close quickly by noting

19   that it's a bit ironic that defendants, throughout their briefs,

20   throughout their presentation here, excuse Papaya of forum

21   shopping.  It's simply not the case, as hopefully my brief

22   recitation of the history has made clear.

23         But at the same time, conspicuously, defendants aren't

24   simply requesting a transfer to the Southern District of

25   New York, they're requesting a transfer to a particular judge in

1    the Southern District of New York, the same judge who happens to

2    have dismissed Papaya's first amended counterclaims and denied

3    leave to file an amendment to those counterclaims.

4         THE COURT:  Well, that's an interesting issue.  Do you

5    think the Court has the power to transfer a case to a particular

6    judge as opposed to a jurisdiction?

7         MR. McINTOSH:  I don't believe so, Your Honor.  But I

8    make that point to show that the incentive here, it appears, for

9    the defendants to seek to transfer this case is not because

10   New York is a more convenient forum, but because they think they

11   know how the judge assigned to this case will decide it.  And I

12   think that undermines the entirety of their argument.

13        And I'll also note, the question here is:  Why

14   New York?  There are other states, by the defendants' own terms,

15   that have the same or more connections than New York.  Let's

16   take California, for example.  California received more consumer

17   complaints than New York.  One of the defendants, Mavan, is

18   domiciled in California.  Unlike New York, 4FairPlay filed

19   public registration forms noting that it lobbied in California.

20        And so there are all of the same connections to

21   California, more connections in California than New York, but

22   defendants haven't answered why California wouldn't be a more

23   favorable jurisdiction, or Illinois, where two defendants are

24   domiciled.  It's a patent attempt at forum shopping.  And as

25   I've outlined, Virginia has stronger connections here, and all

23

1    of the 1404A factors support transfer.

2            Thank you, Your Honor.

3            THE COURT:  All right.  Thank you.  Mr. McCrary?

4            MR. McCRARY:  Thank you, Your Honor.  I would like to

5    address a few of the points that my colleague raised in support

6    of Papaya's arguments.

7            First, Papaya argues that its claims do not turn on

8    whether it used bots.  Papaya made that same argument to

9    Judge Cote, and she squarely rejected it.  In her opinion and

10   order, she explained that that -- the integrity of Papaya's

11   business practices and its surreptitious use of bots is at the

12   heart of both the claims that she dismissed that Papaya brought

13   as well as the ongoing claims that Skillz is prosecuting against

14   Papaya before Judge Cote.

15           Second, Papaya argues that there's new evidence in this

16   case in Mr. Levin's declaration.  But they also admit that the

17   website told consumers and invited them to submit complaints if

18   they had been scammed by bots.  There are screenshots of the

19   4FairPlay website that show that.  And it said, once you submit

20   this, two things will happen:  One, we will autopopulate an

21   email for you to send directly to your attorney general asking

22   them to take action; and two, we will send complaints to

23   attorneys general.  Because the more complaints the attorney

24   general receives, the more likely it is to take action.

25           Now, my colleague focused in his argument that this

1    case is different because it focuses on the submission of

2    consumer complaints to attorneys general.  But no complaints

3    were submitted to the Virginia Attorney General.  In contrast,

4    complaints were submitted by Fair Play to the New York Attorney

5    General.

6            And I would also like to read from a section of

7    Judge Cote's order where she explained -- where she summarized

8    Papaya's allegations there, or its proposed allegations, in its

9    proposed second amended complaint.

10           Judge Cote said, "First, it" - referring to Papaya -

11   "adds allegations related to Skillz's handling of complaints it

12   received through the 4FairPlay website, including that it added

13   allegations of bot use to complaints that did not mention bots

14   before forwarding them to state law enforcement; second, Papaya

15   alleges that the 4FairPlay website included fabricated

16   quotations from consumers; and third, the PSAC alleges that

17   Skillz directed a scheme in which a group purporting to conduct

18   industry research tricked Papaya employees into disclosing

19   sensitive information about Papaya's business."

20           That is exactly what the amended complaint here

21   alleges, those three things.  The facts are the same.  And

22   moreover, the issues are the same.  Judge Cote decided -- ruled

23   that Papaya's allegations regarding the statements on the

24   4FairPlay website failed to state a claim because Papaya failed

25   to show through its pleading that those statements were

1    materially false.  That continues to doom Papaya's claim here

2    regarding the statements on the 4FairPlay website.

3            Judge Cote also ruled that there was nothing materially

4    false in the statements or in the complaints that were forwarded

5    to law enforcement.  There, just as here, Papaya alleged that,

6    quote, "stock language," end quote, was added to the complaints.

7    But Judge Cote again, in her opinion and order, explained why it

8    failed to state a claim because Papaya failed to show through

9    its pleading that that stock language was materially false.

10           And third, Judge Cote ruled that the allegations based

11   on the purported interview scheme failed to state a claim,

12   because Papaya's own pleading showed that the alleged disclosure

13   of confidential information regarding Papaya's use of bots had

14   previously been disclosed.  Papaya's complaint in New York, just

15   as it does here, alleges that the 4FairPlay website, before the

16   interviews took place, was already stating that there was use of

17   bots by Papaya.  So Judge Cote ruled that that was not

18   actionable because there was nothing confidential, given it was

19   previously publicized.  And so while Papaya now argues that the

20   issues are different, the issues are the same.

21           And next, Papaya argues that -- it points to the maxim

22   that a plaintiff has as many claims as defendants.  But that

23   doesn't apply in a case like this, which allege a single

24   conspiracy between alleged co-conspirators based on the same

25   facts.  And Judge Cote ruled twice that Papaya failed to state a

1    claim.  So Judge Cote has explained repeatedly in detail in

2    opinions and orders that Papaya has no claim based on these

3    facts, and yet it's coming down here hoping for a different

4    ruling, hoping to upset Judge Cote's opinions and orders up

5    there.

6            That collateral attack should not be allowed for the

7    interests of justice, and therefore transfer is warranted so

8    this case can proceed in the Southern District of New York.

9            Now, the question was asked about whether the case

10   would proceed before Judge Cote or a different judge in the

11   Southern District of New York.  While I believe that the case

12   would be related before Judge Cote, Papaya, in its original

13   filings here in this court, noted the ongoing litigation and

14   noted that it was a related case; this case was related to the

15   one that is still ongoing before Judge Cote.

16           Judge Cote has recognized herself in her opinions and

17   orders that the claims that she twice dismissed brought by

18   Papaya are related to the ongoing litigation against Papaya by

19   Skillz, because at the heart of both matters is Papaya's use of

20   bots.  And so it is likely that the case would be related for

21   the ongoing litigation before Judge Cote so it can proceed

22   there.

23           Next, Papaya admitted just now in its oral argument

24   that it made a strategic choice not to join the defendants here.

25   And Papaya explained that it did so because if they had joined

1    defendants in connection with the proposed second amended

2    complaint, then defendants would have opposed that motion for

3    leave to amend, and so there would have been more parties

4    opposing that motion than just Skillz.  So Papaya made a

5    strategic choice there.

6         And it turns out that Judge Cote, even with just one

7    party, Skillz, opposing that motion, she said she was not going

8    to allow the amendment because it was futile, because Papaya's

9    proposed allegations and claims failed to state a claim, the

10   same allegations and the same issues that Papaya tries to

11   reassert here attempting to collaterally attack Judge Cote's

12   orders.

13        Next, Papaya focuses on the fact that Fair Play was

14   incorporated here in Virginia.  And while that is true,

15   Mr. Levin's declaration explains that was merely because

16   Virginia was the location of Fair Play's outside counsel.

17   Mr. Levin's declaration explains that Papaya never had any --

18   or, sorry, Fair Play never had any employees in Virginia, that

19   it hosted its website out of Texas, that none of its operations

20   were here.

21        Papaya also focuses on the purported interview scheme.

22   But none of those allegations relate to Virginia.  There's two

23   employees that were interviewed; neither were located in

24   Virginia.  Papaya certainly doesn't plead that.  Papaya doesn't

25   plead that any of the individuals that conducted the interviews

1    were located in Virginia.  It simply has no connection

2    whatsoever to Virginia.  In contrast, Papaya does plead that

3    Assemble the Agency and Ms. Newton were involved in interviews,

4    and, of course, they were both located in New York.

5          So unless Your Honor has any further questions, I'll

6    stop there.

7          THE COURT:  Thank you.  All right.  Well, I think I've

8    heard sufficient argument.

9          Do you want to be heard further?

10         MR. McINTOSH:  With the Court's indulgence -

11   apologies - could I make two points?

12         THE COURT:  All right.

13         MR. McINTOSH:  Thank you, Your Honor.  I appreciate it.

14   Two quick points.  First of all, my friend focuses on this

15   theory that defendants have concocted that the fabrication of

16   the letters was not all that significant because consumers might

17   have seen advertisements or content on the 4FairPlay website

18   that suggested complaints were being submitted about bot use.

19   That's obviously a factual question, nothing that's pled in the

20   amended complaint, and it strains credulity to believe that all

21   of the consumers thought that.  But anyway, that is a fact

22   question.

23         Another fact question is found in Mr. Levin's

24   declaration that they didn't submit any complaints to the

25   Virginia Attorney General.  Certainly the website promised all

1    consumers that complaints would be submitted to state officials

2    in their state, and the website showed that between 100 and 200

3    complaints had been submitted by Virginia residents.  Again,

4    that's a question of fact, and that underscores why this case

5    cries out for discovery, so that we can test these untested

6    assertions in defendants' submissions and gratuitous

7    declarations.

8                And finally, Your Honor --

9                THE COURT:  But those are issues you could explore

10   whether this case was litigated here or litigated in New York.

11   Correct?

12               MR. McINTOSH:  Yes, Your Honor, I believe so.  We think

13   obviously this case should be litigated here, but this is just

14   underscoring that this case should move forward.

15               And finally, Your Honor, I just want to make the point,

16   my friend said on a number of occasions the issues in this case

17   are the same as the issues in the New York case.  But my friend

18   disregards that the legal standards are different.

19               And that is what is dispositive here, going back to the

20   Supreme Court's decision in *B&B Hardware*.  It is right that to

21   prevail on Papaya's defamation claim or its false advertising

22   claims on the proposed second amended counterclaims, Papaya

23   would have to show that the content of the letters submitted to

24   government officials were false.  It need not do so here.  The

25   claims here instead, under Virginia's business conspiracy

1    statute, are predicated on obstruction of justice, the

2    prohibition on making false statements, and other analogous

3    statutes.   Those statutes require Papaya to allege, as it does

4    here, and prove that the letters themselves were fabricated.

5          And defendants have admitted that the letters

6    themselves were falsified, fabricated, manipulated.   That is all

7    that Papaya has to prove here.   Whether the contents of those

8    letters were true or false has no bearing on the claims.

9          Thank you, Your Honor.

10          THE COURT:   Thank you.   This matter comes before the

11    Court on a variety of motions filed by two sets of defendants.

12    Defendants Fair Play For Mobile Games, Josh Levin,

13    Square Strategies, LLC, Mavan Group, Inc., and Valor Public

14    Strategies filed a motion to dismiss for failure to state a

15    claim, that's docket entry 48; a motion to dismiss pursuant to

16    12(b)(7), that's docket entry 49; and a motion to transfer or

17    stay, and that is docket entry 50, on which I've just heard

18    argument, as well as the motion for judicial notice, which I

19    have granted.

20          Defendants Assemble the Agency, LLC and Lacie Newton

21    filed a motion to dismiss, or in the alternative to strike,

22    transfer, or stay the litigation.   That's docket entry 52; and

23    the motion for judicial notice, ECF -- or docket entry 55.

24          Assemble, the defendants -- the Assemble defendants

25    have also filed a motion for sanctions, which is docket

1    entry 83, another motion for judicial notice, and a third motion

2    for judicial notice supports their reply brief.  And as I said,

3    those motions for taking judicial notice have been granted.

4         The Court has reviewed the voluminous and often

5    repetitive pleadings and listened carefully to the arguments of

6    counsel.  This case has a long and somewhat tortured history of

7    unnecessary and duplicative litigation in the Southern District

8    of New York, Virginia state court, and the Eastern District of

9    Virginia.  After considering all of the motions filed, the Court

10   will grant the motions to transfer the case to the

11   Southern District of New York, which is the most appropriate

12   venue for adjudicating these claims to the extent there's any

13   avenue for them to move forward, and that is a decision to be

14   left to the Court in the Southern District of New York.

15        The Court must make two inquiries when considering a

16   motion to transfer under 1404:  Whether the claims might have

17   been brought in a transferee forum and whether the interests of

18   justice and the convenience of the parties and witnesses justify

19   transfer to that forum.  Here, there's no question that this

20   action could have been brought in New York, not only if the

21   defendants consented to jurisdiction, but Papaya has conceded

22   that defendants Assemble and Newton are at home in New York, and

23   that the remaining defendants are subject to jurisdiction as

24   purported co-conspirators.

25        Next, to determine whether the interests of justice and

1    the convenience of the parties and witnesses justify transfer,

2    the District Court must consider the weight according to the

3    plaintiff's choice of venue, the witness convenience and access,

4    the convenience of the parties, and the interests of justice.

5    The party seeking transfer bears the burden of establishing that

6    the balance of the above factors favors transfer.

7         Here, the balance of the four factors favors transfer

8    to the Southern District of New York.  First, plaintiff's choice

9    of forum carries little weight because this matter has weak ties

10   to Virginia.  Although it is true that Fair Play was

11   incorporated here, the cause of action bears little or no

12   relation to that forum.  So the plaintiff's chosen venue is not

13   entitled to substantial weight.

14        Second and third, the convenience of both the witnesses

15   and the parties justifies transfer because the evidence has

16   already been produced in the New York action, and both Papaya

17   and Skillz are already parties to that suit.  New York is not

18   only convenient for the parties, but there were more than seven

19   times as many consumer complaints that originated from New York

20   than from Virginia.

21        Fourth and finally, transfer would undoubtedly serve

22   the interests of justice, especially here, where Papaya has

23   blatantly attempted to get a second bite at the apple by

24   pursuing different but clearly related defendants in a different

25   forum after Judge Cote conclusively rejected Papaya's

1    counterclaim and motion for leave to file a second amended

2    counterclaim on virtually identical claims.  The Court will not

3    waste its resources in permitting those issues to be relitigated

4    in this district under these circumstances.

5            Accordingly, the motions to transfer are granted, and

6    this matter will be sent to the Southern District of New York.

7            In light of the transfer, there is no need for the

8    Court to address the remaining motions, and that will have to be

9    addressed, to the extent it's appropriate, by the court in the

10   Southern District of New York.

11           Are there any other issues I need to address with

12   regard to this matter in light of the Court's ruling, on behalf

13   of the defendants?

14           MR. McCRARY:  No, Your Honor.

15           THE COURT:  Thank you.  On behalf of the Assemble

16   defendants?

17           MS. GLUCK:  No, Your Honor.

18           THE COURT:  On behalf of the plaintiff?

19           MR. McINTOSH:  No, Your Honor.  Thank you.

20           THE COURT:  Thank you.  This matter is then resolved.

21   Court will be in recess.

22           (Off the record at 10:45 a.m.)

23

24

25

34

1              **CERTIFICATE OF OFFICIAL COURT REPORTER**

2

3          I, Rebecca Stonestreet, certify that the foregoing is a

4    correct transcript from the record of proceedings in the

5    above-entitled matter.

6

7

8

9    ____//Rebecca Stonestreet//____            __7/16/25_____

10   SIGNATURE OF COURT REPORTER                     DATE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## /

**//Rebecca** [1] - 34:9

## 1

**1** [1] - 2:12
**100** [1] - 29:2
**1001** [1] - 11:13
**10020** [1] - 2:6
**1050** [1] - 2:6
**10:00** [1] - 1:5
**10:45** [1] - 33:22
**110** [1] - 1:22
**1111** [1] - 1:19
**12(b)(6** [1] - 8:24
**12(b)(7** [1] - 30:16
**1270** [1] - 2:5
**1404** [4] - 7:3, 7:9, 16:24, 31:16
**1404A** [4] - 18:4, 19:19, 21:16, 23:1
**1440** [1] - 1:13
**18** [1] - 11:13
**1:25-cv-470** [1] - 1:3

## 2

**2** [1] - 1:5
**20-plus** [1] - 9:8
**200** [1] - 29:2
**20004** [2] - 1:20, 2:3
**20005** [1] - 1:13
**202-371-7000** [1] - 1:14
**202-739-000** [1] - 1:20
**2024** [2] - 11:21, 13:6
**2025** [1] - 1:5
**2025-470** [1] - 3:2
**203-887-4665** [1] - 2:7
**213-612-2501** [1] - 1:17
**22314** [1] - 2:10
**22nd** [1] - 1:16
**240** [1] - 2:11
**2800** [1] - 1:23

## 3

**300** [1] - 1:16
**301-526-1184** [1] - 2:3
**312-324-1000** [1] - 1:24
**35** [1] - 15:23

## 4

**401** [1] - 2:10
**426-7767** [1] - 2:11
**48** [1] - 30:15
**49** [1] - 30:16
**4FairPlay** [34] - 12:6,

12:7, 12:16, 12:25, 14:16, 14:17, 14:18, 15:11, 16:11, 16:16, 16:19, 16:21, 16:23, 18:16, 18:17, 18:18, 18:20, 19:5, 19:13, 19:25, 20:21, 22:18, 23:19, 24:12, 24:15, 24:24, 25:2, 25:15, 28:17
**4FairPlay's** [1] - 12:12

## 5

**50** [1] - 5:2, 30:17
**501(c)(3** [1] - 20:24
**52** [1] - 30:22
**55** [1] - 30:23

## 6

**601** [1] - 2:2
**60606** [1] - 1:23

## 7

**7/16/25** [1] - 34:9
**7th** [1] - 2:6

## 8

**83** [1] - 31:1

## 9

**900** [1] - 2:2
**90071** [1] - 1:17
**9th** [1] - 2:9

## A

**a.m** [2] - 1:5, 33:22
**abandoned** [1] - 8:9
**abide** [1] - 21:5
**above-entitled** [1] - 34:5
**accepted** [1] - 18:24
**access** [1] - 32:3
**accessible** [2] - 5:2, 20:8
**according** [1] - 32:2
**accordingly** [1] - 33:5
**accusing** [2] - 13:8, 13:9
**Act** [2] - 11:25, 13:1
**act** [1] - 5:25
**Action** [1] - 3:2
**action** [15] - 5:13, 7:20, 8:16, 10:20, 11:5, 11:19, 12:5, 15:9, 15:25, 17:10, 23:22, 23:24, 31:20, 32:11, 32:16

**actionable** [2] - 9:2, 25:18
**actions** [1] - 16:3
**activities** [4] - 12:7, 12:12, 16:18, 19:14
**activity** [1] - 16:19
**acts** [1] - 17:22
**add** [3] - 10:3, 19:4, 21:6
**added** [3] - 18:21, 24:12, 25:6
**addition** [2] - 7:3, 7:9
**additional** [2] - 7:9, 10:2
**additionally** [3] - 6:10, 6:11, 7:3
**address** [3] - 23:5, 33:8, 33:11
**addressed** [1] - 33:9
**adds** [1] - 24:11
**adjudicating** [1] - 31:12
**admit** [2] - 21:1, 23:16
**admitted** [3] - 10:17, 26:23, 30:5
**advantage** [1] - 20:22
**advertised** [2] - 11:22, 13:15
**advertisements** [2] - 13:19, 28:17
**advertising** [6] - 11:25, 12:25, 13:2, 13:4, 14:23, 29:21
**afternoon** [1] - 3:5
**afterwards** [1] - 8:1
**age** [2] - 20:7, 20:12
**AGENCY** [1] - 2:2
**Agency** [5] - 3:16, 4:21, 6:2, 28:3, 30:20
**agendas** [1] - 21:10
**al** [2] - 1:5, 3:3
**Alexandria** [2] - 1:2, 2:10
**allegations** [10] - 10:13, 24:8, 24:11, 24:13, 24:23, 25:10, 27:9, 27:10, 27:22
**allege** [4] - 5:25, 11:3, 25:23, 30:3
**alleged** [6] - 6:4, 6:5, 8:7, 8:12, 9:6, 10:14, 10:15, 11:22, 13:16, 16:11, 16:18, 19:14, 20:2, 25:5, 25:12, 25:24
**alleges** [5] - 18:24, 24:15, 24:16, 24:21, 25:15
**alleging** [2] - 8:7,

13:14
**allow** [1] - 27:8
**allowed** [2] - 9:17, 26:6
**alone** [1] - 21:14
**altered** [1] - 11:8
**alternative** [1] - 30:21
**amend** [1] - 27:3
**amended** [19] - 8:18, 8:19, 9:3, 10:10, 12:7, 15:7, 15:8, 15:14, 18:23, 19:14, 20:2, 21:7, 22:2, 24:9, 24:20, 27:1, 28:20, 29:22, 33:1
**amendment** [2] - 22:3, 27:8
**Amendment** [2] - 5:13, 6:24
**Americas** [1] - 2:5
**Amy** [1] - 3:16
**AMY** [1] - 2:1
**analogous** [3] - 12:1, 13:2, 30:2
**AND** [1] - 2:1
**ANDREW** [1] - 1:18
**Angeles** [1] - 1:17
**answer** [1] - 12:23
**answered** [1] - 22:22
**anyway** [1] - 28:21
**apart** [1] - 17:4
**apologies** [1] - 28:11
**Appeals** [1] - 9:19
**appearances** [1] - 3:4
**APPEARANCES** [2] - 1:9, 1:25
**apple** [1] - 32:23
**applicable** [1] - 18:10
**applies** [2] - 7:5, 16:2
**apply** [1] - 25:23
**appreciate** [1] - 28:13
**appropriate** [5] - 7:5, 7:10, 18:8, 31:11, 33:9
**area** [1] - 14:3
**argue** [2] - 4:8, 7:14
**argues** [5] - 4:25, 23:7, 23:15, 25:19, 25:21
**arguing** [1] - 3:13
**argument** [13] - 5:19, 11:2, 17:13, 17:17, 17:18, 17:19, 18:7, 22:12, 23:8, 23:25, 26:23, 28:8, 30:18
**arguments** [2] - 23:6, 31:5
**arm** [2] - 17:21, 17:23
**ARPS** [1] - 1:12
**aside** [1] - 19:4

**aspects** [1] - 13:15
**Assemble** [9] - 3:16, 6:2, 17:5, 18:13, 28:3, 30:20, 30:24, 31:22, 33:15
**assemble** [1] - 30:24
**ASSEMBLE** [1] - 2:1
**assembly** [1] - 4:20
**asserted** [4] - 11:24, 12:23, 13:2, 13:4
**assertions** [1] - 29:6
**assigned** [1] - 22:11
**attached** [1] - 3:25
**attack** [6] - 8:23, 9:11, 9:17, 9:21, 26:6, 27:11
**attain** [1] - 20:23
**attempt** [1] - 22:24
**attempted** [1] - 32:23
**attempting** [1] - 27:11
**attorney** [5] - 5:9, 5:10, 19:7, 23:21, 23:23
**Attorney** [4] - 18:25, 24:3, 24:4, 28:25
**attorneys** [3] - 5:7, 23:23, 24:2
**authority** [1] - 21:14
**autopopulate** [1] - 23:20
**available** [2] - 17:20, 18:22
**Avenue** [5] - 1:13, 1:16, 1:19, 2:2, 2:5
**avenue** [1] - 31:13

## B

**B&B** [1] - 29:20
**balance** [2] - 32:6, 32:7
**barring** [1] - 14:17
**based** [10] - 5:15, 7:5, 8:12, 8:24, 11:10, 11:11, 19:10, 25:10, 25:24, 26:2
**basis** [2] - 7:9, 12:7
**bear** [1] - 17:16
**bearing** [1] - 30:8
**bears** [5] - 4:17, 17:2, 20:1, 32:5, 32:11
**BEFORE** [1] - 1:8
**began** [1] - 7:18
**behalf** [6] - 3:6, 4:10, 10:6, 33:12, 33:15, 33:18
**behind** [4] - 12:6, 12:9, 12:14, 12:16
**Beth** [1] - 3:12
**between** [6] - 4:18,

10:9, 19:16, 19:24, 25:24, 29:2
**bit** [3] - 10:8, 15:22, 21:19
**bite** [1] - 32:23
**blatantly** [1] - 32:23
**BLCKIUP** [1] - 1:15
**BOCKIUS** [2] - 1:19, 1:22
**Bost** [1] - 3:18
**BOST** [1] - 2:4
**bot** [4] - 10:14, 10:15, 24:13, 28:18
**bots** [12] - 6:14, 6:16, 6:20, 7:1, 11:4, 23:8, 23:11, 23:18, 24:13, 25:13, 25:17, 26:20
**brief** [7] - 10:12, 11:11, 17:6, 17:9, 17:17, 21:21, 31:2
**briefing** [1] - 10:18
**briefly** [1] - 21:12
**briefs** [3] - 3:22, 21:13, 21:19
**bring** [2] - 15:4, 15:6
**BROOKE** [1] - 1:21
**brought** [9] - 5:21, 6:12, 17:3, 17:10, 18:6, 23:12, 26:17, 31:17, 31:20
**burden** [6] - 17:2, 17:9, 17:16, 18:3, 18:5, 32:5
**business** [7] - 4:21, 11:7, 11:12, 21:9, 23:11, 24:19, 29:25

## C

**CA** [1] - 1:17
**California** [7] - 22:16, 22:18, 22:19, 22:21, 22:22
**candidly** [1] - 21:1
**carefully** [1] - 31:5
**carried** [2] - 18:2, 18:5
**carries** [1] - 32:9
**case** [59] - 4:13, 4:17, 4:18, 5:1, 5:15, 5:20, 5:23, 6:9, 7:13, 7:25, 8:2, 8:9, 10:9, 10:10, 10:12, 10:14, 10:16, 10:23, 11:7, 11:15, 11:21, 13:20, 13:21, 14:8, 14:12, 14:22, 15:19, 16:13, 18:6, 19:16, 19:17, 20:2, 20:10, 20:17, 20:19, 20:20, 21:14, 21:21, 22:5, 22:9, 22:11,

23:16, 24:1, 25:23, 26:8, 26:9, 26:11, 26:14, 26:20, 29:4, 29:10, 29:13, 29:14, 29:16, 29:17, 31:6, 31:10
**Case** [1] - 1:3
**cases** [4] - 5:11, 9:15, 17:23, 19:23
**causes** [1] - 16:2
**centrality** [1] - 16:23
**certain** [3] - 9:15, 11:22, 13:15
**certainly** [4] - 18:11, 21:10, 27:24, 28:25
**CERTIFICATE** [1] - 34:1
**certify** [1] - 34:3
**challenged** [2] - 8:25, 18:13
**challenging** [1] - 18:14
**chance** [1] - 14:21
**characterize** [1] - 13:11
**Chicago** [1] - 1:23
**choice** [11] - 5:17, 8:14, 15:6, 16:4, 19:21, 20:3, 26:24, 27:5, 32:3, 32:8
**choices** [1] - 15:3
**choose** [2] - 11:19, 11:20
**chose** [5] - 8:8, 8:9, 8:17, 19:9, 20:21
**chosen** [1] - 32:12
**CHRISTINA** [1] - 2:4
**Christina** [1] - 3:18
**chronologies** [1] - 7:11
**chronology** [3] - 7:6, 7:16, 12:21
**Circuit** [4] - 9:19, 16:1, 16:7
**circumstances** [1] - 33:4
**cite** [1] - 17:20
**cited** [1] - 17:23
**civil** [1] - 3:2
**Civil** [1] - 1:3
**claim** [11] - 9:9, 11:8, 24:24, 25:1, 25:8, 25:11, 26:1, 26:2, 27:9, 29:21, 30:15
**claims** [37] - 4:16, 6:11, 6:15, 6:16, 7:18, 8:3, 8:4, 8:6, 8:7, 8:8, 8:10, 8:20, 9:9, 9:13, 10:21, 11:24, 12:2, 12:23,

12:24, 13:3, 13:4, 13:25, 14:11, 20:1, 23:7, 23:12, 23:13, 23:22, 26:17, 27:9, 29:22, 29:25, 30:8, 31:12, 31:16, 33:2
**classic** [1] - 11:12
**clear** [3] - 12:13, 14:7, 21:22
**clearly** [1] - 32:24
**CLERK** [1] - 3:2
**close** [3] - 15:12, 15:21, 21:18
**closing** [1] - 9:13
**co** [4] - 6:5, 8:12, 25:24, 31:24
**co-conspirator** [1] - 6:5
**co-conspirators** [3] - 8:12, 25:24, 31:24
**collateral** [1] - 26:6
**collaterally** [4] - 8:22, 9:17, 9:21, 27:11
**colleague** [2] - 23:5, 23:25
**coming** [1] - 26:3
**commission** [1] - 17:22
**Commonwealth** [8] - 16:13, 18:23, 20:16, 20:19, 20:22, 21:3, 21:5, 21:9
**Commonwealth's** [3] - 19:16, 20:22, 21:5
**companies** [3] - 19:12, 21:3, 21:4
**compel** [1] - 9:15
**complaint** [21] - 8:18, 8:19, 9:4, 10:10, 12:8, 13:12, 15:7, 16:11, 16:18, 18:24, 19:6, 19:15, 20:2, 21:7, 24:9, 24:20, 25:14, 27:2, 28:20
**complaints** [29] - 5:3, 5:5, 5:7, 5:8, 5:9, 9:5, 10:19, 16:20, 18:22, 18:23, 18:25, 19:9, 20:15, 22:17, 23:17, 23:22, 23:23, 24:2, 24:4, 24:11, 24:13, 25:4, 25:6, 28:18, 28:24, 29:1, 29:3, 32:19
**component** [1] - 12:24
**comport** [1] - 17:25
**COMPUTERIZED** [1] - 2:14
**conceded** [2] - 21:13, 31:21

**concerning** [1] - 10:13
**conclusion** [1] - 11:3
**conclusively** [1] - 32:25
**concocted** [1] - 28:15
**conduct** [4] - 6:19, 15:20, 16:18, 24:17
**conducted** [2] - 14:18, 27:25
**confidential** [2] - 25:13, 25:18
**connection** [7] - 4:18, 4:25, 16:10, 16:22, 20:1, 27:1, 28:1
**connections** [8] - 17:14, 19:16, 19:17, 19:24, 22:15, 22:20, 22:21, 22:25
**consented** [2] - 18:14, 31:21
**consenting** [1] - 17:7
**consider** [1] - 32:2
**consideration** [1] - 21:15
**considered** [1] - 11:16
**considering** [2] - 31:9, 31:15
**considers** [1] - 17:19
**conspicuously** [1] - 21:23
**conspiracy** [6] - 6:8, 11:8, 11:12, 17:21, 25:24, 29:25
**conspirator** [1] - 6:5
**conspirators** [3] - 8:12, 25:24, 31:24
**constrained** [1] - 19:23
**construing** [1] - 17:23
**consumer** [14] - 5:7, 10:14, 10:16, 11:3, 11:21, 12:23, 13:25, 14:8, 14:13, 14:23, 22:16, 24:2, 32:19
**consumers** [9] - 5:4, 5:5, 13:15, 20:15, 23:17, 24:16, 28:16, 28:21, 29:1
**containing** [1] - 11:9
**content** [3] - 11:6, 28:17, 29:23
**contents** [2] - 11:9, 30:7
**contested** [1] - 15:17
**CONTINUED** [1] - 1:25
**continues** [1] - 25:1
**contracted** [2] - 16:17, 18:18
**contrary** [1] - 13:19
**contrast** [3] - 5:9,

24:3, 28:2
**convenience** [7] - 4:15, 20:5, 31:18, 32:1, 32:3, 32:4, 32:14
**conveniences** [1] - 20:9
**convenient** [3] - 4:24, 22:10, 32:18
**core** [8] - 10:16, 11:15, 13:12, 13:20, 13:21, 13:25, 14:8, 14:12
**corporate** [1] - 20:23
**corporation** [1] - 5:16
**correct** [8] - 4:2, 12:14, 12:17, 12:20, 13:13, 15:4, 29:11, 34:4
**correcting** [1] - 10:8
**Cote** [31] - 4:16, 6:10, 6:14, 8:24, 9:8, 10:11, 11:16, 14:2, 14:4, 14:7, 14:10, 14:16, 14:22, 15:10, 23:9, 23:14, 24:10, 24:22, 25:3, 25:7, 25:10, 25:17, 25:25, 26:1, 26:10, 26:12, 26:15, 26:16, 26:21, 27:6, 32:25
**Cote's** [11] - 8:23, 9:12, 9:18, 10:22, 10:24, 11:3, 11:17, 15:8, 24:7, 26:4, 27:11
**counsel** [3] - 3:3, 27:16, 31:6
**counsel's** [2] - 10:17, 11:10
**counsels** [1] - 10:22
**counterclaim** [3] - 15:4, 33:1, 33:2
**counterclaims** [9] - 7:17, 12:24, 13:13, 15:9, 15:11, 15:14, 22:2, 22:3, 29:22
**course** [4] - 6:1, 7:13, 19:20, 28:4
**COURT** [29] - 1:1, 2:9, 3:8, 3:14, 3:19, 4:3, 5:19, 7:11, 7:23, 9:22, 9:24, 10:4, 12:13, 12:18, 13:8, 14:2, 15:3, 18:7, 22:4, 23:3, 28:7, 28:12, 29:9, 30:10, 33:15, 33:18, 33:20, 34:1, 34:10
**Court** [17] - 2:9, 3:20,

3:21, 9:19, 10:6, 12:22, 15:23, 18:4, 22:5, 30:11, 31:4, 31:9, 31:14, 31:15, 32:2, 33:2, 33:8
court [14] - 7:19, 7:23, 8:3, 12:5, 16:7, 17:14, 18:15, 19:22, 21:3, 21:10, 26:13, 31:8, 33:9, 33:21
Court's [3] - 28:10, 29:20, 33:12
Courthouse [1] - 2:10
COURTROOM [1] - 3:2
courts [1] - 21:16
credulity [2] - 15:15, 28:20
cries [1] - 29:5
CRR [1] - 2:9
curtailed [1] - 15:2

**D**

DATE [1] - 34:10
dates [1] - 15:24
DC [3] - 1:13, 1:20, 2:3
deadline [1] - 15:8
deal [1] - 14:1
dealt [1] - 13:25
deception [7] - 10:14, 10:16, 11:21, 12:23, 13:25, 14:8, 14:23
deceptive [1] - 21:2
decide [1] - 22:11
decided [4] - 6:13, 6:18, 8:20, 24:22
decision [3] - 12:18, 29:20, 31:13
decisions [1] - 14:14
declaration [7] - 10:18, 11:11, 19:2, 23:16, 27:15, 27:17, 28:24
declarations [4] - 4:23, 14:19, 17:7, 29:7
defamation [1] - 29:21
default [2] - 15:22, 16:7
defendant [3] - 14:20, 17:1, 19:8
Defendants [1] - 1:6
defendants [67] - 3:10, 3:16, 4:20, 4:23, 5:21, 5:22, 6:1, 6:6, 6:9, 7:15, 7:20, 7:21, 8:7, 8:11, 8:15, 8:16, 8:19, 8:21, 10:17, 10:18, 11:8,

12:10, 12:16, 13:21, 14:20, 14:24, 16:3, 16:17, 17:4, 17:5, 17:6, 17:16, 17:20, 18:5, 18:9, 18:12, 18:13, 18:17, 19:1, 19:20, 20:21, 21:1, 21:7, 21:13, 21:19, 21:23, 22:9, 22:17, 22:22, 22:23, 25:22, 26:24, 27:1, 27:2, 28:15, 30:5, 30:11, 30:12, 30:20, 30:24, 31:21, 31:22, 31:23, 32:24, 33:13, 33:16
DEFENDANTS [1] - 1:15, 2:1
defendants' [6] - 10:12, 11:2, 11:10, 11:11, 22:14, 29:6
deference [3] - 19:22, 19:23, 20:4
deliberately [2] - 12:10, 13:17
denied [2] - 12:22, 22:2
deny [1] - 6:20
deposed [1] - 20:12
deposition [1] - 14:18
depositions [3] - 14:15, 20:13, 20:14
designated [1] - 20:13
detail [2] - 9:10, 26:1
detailed [1] - 9:8
determine [4] - 11:16, 12:6, 12:9, 31:25
developers [1] - 13:4
differences [1] - 10:9
different [11] - 10:21, 10:22, 11:15, 19:1, 24:1, 25:20, 26:3, 26:10, 29:18, 32:24
digital [1] - 20:7
directed [1] - 24:17
directly [1] - 23:21
disagreement [1] - 9:18
discernible [1] - 20:14
disclosed [1] - 25:14
disclosing [1] - 24:18
disclosure [1] - 25:12
discovery [15] - 8:17, 9:13, 9:14, 13:21, 13:23, 14:13, 14:18, 14:22, 15:12, 15:15, 15:20, 15:21, 19:3, 20:8, 29:5
discussing [1] - 4:5
dismiss [14] - 8:3, 8:5, 8:24, 10:23, 12:1,

12:3, 12:4, 12:22, 14:10, 15:11, 15:18, 30:14, 30:15, 30:21
dismissed [6] - 4:16, 6:10, 6:17, 22:2, 23:12, 26:17
dismissing [1] - 6:15
disposed [1] - 7:1
disposes [1] - 4:3
dispositive [1] - 29:19
dispute [1] - 19:20
disregards [1] - 29:18
dissolved [1] - 4:18
distinction [1] - 19:16
DISTRICT [3] - 1:1, 1:1, 1:8
District [20] - 2:9, 4:14, 7:24, 8:4, 9:20, 10:13, 17:8, 17:11, 21:24, 22:1, 26:8, 26:11, 31:7, 31:8, 31:11, 31:14, 32:2, 32:8, 33:6, 33:10
district [4] - 16:14, 17:4, 20:19, 33:4
Division [1] - 1:2
docket [6] - 30:15, 30:16, 30:17, 30:22, 30:23, 30:25
doctored [1] - 11:4
documents [4] - 3:25, 13:22, 13:24, 20:8
Doe [1] - 12:5
domiciled [5] - 4:22, 5:16, 17:5, 22:18, 22:24
done [2] - 17:4, 18:2
doom [1] - 25:1
Doug [1] - 3:9
DOUGLAS [1] - 1:18
down [5] - 9:16, 9:20, 14:22, 21:2, 26:3
Drive [1] - 1:22
due [1] - 17:25
dueling [1] - 14:12
duplicative [1] - 31:7
duplicitous [1] - 21:2

**E**

Eastern [2] - 9:20, 31:8
EASTERN [1] - 1:1
ECF [1] - 30:23
ELIZABETH [1] - 1:21
email [1] - 23:21
employees [3] - 24:18, 27:18, 27:23
end [1] - 25:6
endeavored [1] - 3:21

enforcement [5] - 9:6, 10:19, 11:5, 24:14, 25:5
ensuring [1] - 21:4
entered [1] - 14:16
enticed [1] - 19:11
entire [1] - 5:2
entirety [2] - 14:11, 22:12
entities [1] - 20:23
entitled [4] - 19:22, 20:3, 32:13, 34:5
entity [3] - 16:17, 18:17, 18:18
entry [6] - 30:15, 30:16, 30:17, 30:22, 30:23, 31:1
EPSTEIN [1] - 2:1
Epstein [1] - 3:16
equally [1] - 18:9
especially [1] - 32:22
essentially [1] - 13:8
establish [4] - 17:2, 17:10, 17:16, 18:6
established [2] - 17:24, 18:1
establishing [1] - 32:5
et [2] - 1:5, 3:3
evidence [4] - 6:25, 15:7, 23:15, 32:15
exact [1] - 8:13
exactly [3] - 11:11, 14:6, 24:20
example [2] - 9:14, 22:16
excuse [1] - 21:20
exercise [1] - 17:15
expeditiously [1] - 15:13
experts [1] - 6:22
explain [1] - 11:18
explained [7] - 4:23, 9:9, 23:10, 24:7, 25:7, 26:1, 26:25
explains [2] - 27:15, 27:17
explanation [1] - 19:1
explore [1] - 29:9
extensive [2] - 6:22, 8:17
extent [1] - 31:12, 33:9
extraordinary [1] - 14:16

**F**

fabricated [5] - 10:19, 11:8, 24:15, 30:4, 30:6

fabrication [1] - 28:15
face [1] - 16:14
fact [10] - 13:18, 14:16, 15:12, 15:15, 15:21, 19:2, 27:13, 28:21, 28:23, 29:4
factor [1] - 20:18
factors [10] - 7:3, 7:8, 7:10, 11:1, 16:24, 19:19, 21:16, 23:1, 32:6, 32:7
facts [6] - 8:13, 9:4, 20:2, 24:21, 25:25, 26:3
factual [1] - 28:19
fail [1] - 9:9
failed [7] - 24:24, 25:8, 25:11, 25:25, 27:9
failure [1] - 30:14
fair [1] - 18:1
FAIR [2] - 1:5, 1:15
Fair [15] - 3:3, 3:10, 4:11, 4:19, 5:1, 5:3, 9:1, 9:7, 24:4, 27:13, 27:16, 27:18, 30:12, 32:10
fairly [1] - 14:16
fake [1] - 16:20
false [17] - 5:23, 9:1, 10:18, 10:20, 11:5, 11:25, 12:25, 13:2, 13:4, 14:23, 25:1, 25:4, 25:9, 29:21, 29:24, 30:2, 30:8
falsely [2] - 11:22, 13:14
falsified [2] - 18:21, 30:6
far [1] - 11:15
faraway [1] - 20:16
favor [1] - 10:22, 20:20
favorable [1] - 22:23
favors [2] - 32:6, 32:7
feasors [1] - 15:25
federal [3] - 11:24, 13:1, 20:24
Ferdinand [1] - 3:18
FERDINAND [2] - 2:1, 2:5
few [3] - 15:20, 19:24, 23:5
Fifth [2] - 5:13, 6:24
file [7] - 5:17, 11:19, 15:13, 16:4, 22:3, 33:1
filed [26] - 7:4, 7:5, 7:8, 7:13, 7:16, 7:24, 8:1, 8:2, 8:6, 9:3, 9:11, 12:2, 12:5,

15:14, 15:18, 17:3,
17:11, 21:12, 21:15,
22:18, 30:11, 30:14,
30:21, 30:25, 31:9
**filing** [2] - 5:24, 7:6
**filings** [2] - 7:12,
26:13
**finally** [4] - 21:18,
29:8, 29:15, 32:21
**finish** [1] - 12:21
**first** [22] - 4:6, 4:8, 7:4,
7:5, 7:8, 7:13, 7:18,
8:1, 8:18, 14:19,
16:9, 16:25, 17:15,
18:12, 19:19, 21:12,
21:15, 22:2, 23:7,
28:14, 32:8
**First** [1] - 24:10
**first-filed** [4] - 7:4, 7:5,
7:8, 21:12
**FLOM** [1] - 1:12
**Floor** [3] - 1:16, 2:6,
2:9
**focus** [1] - 10:24
**focused** [3] - 9:4,
14:12, 23:25
**focuses** [4] - 24:1,
27:13, 27:21, 28:14
**following** [1] - 15:8
**FOLLOWING** [1] - 1:25
**FOR** [6] - 1:1, 1:5,
1:10, 1:15, 1:15, 2:1
**for-profit** [1] - 21:9
**forces** [1] - 13:18
**foregoing** [1] - 34:3
**form** [1] - 12:7
**forms** [1] - 22:19
**forum** [11] - 4:24,
19:21, 19:24, 21:20,
22:10, 22:24, 31:17,
31:19, 32:9, 32:12,
32:25
**forward** [2] - 29:14,
31:13
**forwarded** [4] - 5:8,
5:9, 19:6, 25:4
**forwarding** [2] - 5:6,
24:14
**four** [1] - 32:7
**fourth** [1] - 32:21
**friend** [4] - 10:10,
28:14, 29:16, 29:17
**friends** [1] - 17:21
**fundamental** [1] - 10:9
**furthermore** [1] - 5:15
**futile** [1] - 27:8

## G

**gained** [1] - 20:9

**Games** [5] - 3:3, 3:10,
4:11, 4:19, 30:12
**GAMES** [2] - 1:5, 1:15
**games** [1] - 13:19
**gamesmanship** [1] -
16:6
**gaming** [2] - 13:3,
19:12
**Gaming** [3] - 3:2, 3:6,
10:7
**GAMING** [1] - 1:3
**gathering** [1] - 5:3
**General** [4] - 18:25,
24:3, 24:5, 28:25
**general** [9] - 5:7, 5:9,
5:10, 6:3, 19:7,
23:21, 23:23, 23:24,
24:2
**given** [4] - 5:18, 16:22,
18:25, 25:18
**GLUCK** [4] - 2:1, 3:15,
10:2, 33:17
**Gluck** [2] - 3:16, 9:25
**government** [4] -
16:20, 19:9, 19:10,
29:24
**governs** [1] - 11:25
**Grand** [1] - 1:16
**grant** [2] - 3:24, 31:10
**granted** [6] - 9:14,
9:15, 9:16, 30:19,
31:3, 33:5
**granting** [2] - 8:23,
10:23
**gratuitous** [1] - 29:6
**great** [1] - 12:8
**GROUP** [1] - 1:17
**group** [1] - 24:17
**Group** [3] - 3:11, 4:11,
30:13

## H

**habit** [1] - 21:8
**handling** [1] - 24:11
**hardly** [1] - 17:20
**Hardware** [1] - 29:20
**harvested** [1] - 18:20
**Hastings** [1] - 3:9
**HASTINGS** [2] - 1:18,
3:9
**headquarters** [1] -
16:14
**hear** [3] - 4:8, 9:24,
19:7
**heard** [4] - 17:21,
28:8, 28:9, 30:17
**hearing** [1] - 20:19
**HEARING** [1] - 1:7
**heart** [5] - 4:5, 6:16,

10:12, 23:12, 26:19
**help** [3] - 7:11, 7:15,
18:7
**HERRINGTON** [1] -
1:21
**Herrington** [1] - 3:12
**herself** [1] - 26:16
**hid** [1] - 12:10
**history** [4] - 10:25,
11:18, 21:22, 31:6
**holding** [1] - 19:23
**home** [2] - 6:2, 31:22
**Honor** [26] - 3:9, 3:15,
4:2, 10:5, 13:7,
13:11, 14:6, 15:5,
16:25, 17:6, 17:19,
18:11, 19:13, 21:18,
22:7, 23:2, 23:4,
28:5, 28:13, 29:8,
29:12, 29:15, 30:9,
33:14, 33:17, 33:19
**Honor's** [1] - 12:21
**HONORABLE** [1] - 1:8
**hopefully** [1] - 21:21
**hoping** [5] - 9:11,
9:17, 9:20, 26:3,
26:4
**host** [2] - 3:20, 12:24
**hosted** [1] - 18:20,
27:19
**hub** [2] - 16:19, 19:25

## I

**Idaho** [1] - 20:9
**identical** [1] - 33:2
**identified** [3] - 7:21,
8:11, 12:11
**IL** [1] - 1:23
**Illinois** [1] - 22:23
**images** [1] - 13:13
**important** [2] - 5:12,
15:10
**Inc** [1] - 30:13
**INC** [1] - 1:17
**incentive** [1] - 22:8
**include** [1] - 12:18
**included** [1] - 24:15
**including** [2] - 14:20,
24:12
**incorporate** [1] -
20:21
**incorporated** [4] -
16:13, 21:4, 27:14,
32:11
**incorporating** [1] -
21:8
**incorporation** [1] -
16:21
**incrimination** [2] -

5:14, 6:24
**indeed** [1] - 5:2
**individuals** [1] - 27:25
**indulgence** [2] -
12:21, 28:10
**industry** [1] - 24:18
**information** [5] - 5:24,
18:21, 24:19, 25:13
**informed** [1] - 14:13
**inherently** [1] - 16:5
**initial** [2] - 3:23, 18:5
**inject** [1] - 15:16
**inquiries** [1] - 31:15
**instance** [1] - 21:7
**instead** [2] - 8:9,
29:25
**instituted** [1] - 7:25
**integrity** [1] - 23:10
**intellectual** [2] - 13:3,
14:10
**interactive** [1] - 18:20
**interest** [2] - 21:4,
21:10
**interesting** [2] - 19:5,
22:4
**interests** [7] - 4:14,
20:18, 26:7, 31:17,
31:25, 32:4, 32:22
**interview** [3] - 9:8,
25:11, 27:21
**interviewed** [1] -
27:23
**interviews** [3] - 25:16,
27:25, 28:3
**investigations** [1] -
19:11
**invited** [1] - 23:17
**involved** [1] - 28:3
**ironic** [1] - 21:19
**isolated** [1] - 21:6
**Israel** [1] - 5:16
**issue** [8] - 5:3, 5:6,
6:15, 9:25, 11:6,
11:7, 22:4
**issues** [10] - 7:7,
24:22, 25:20, 27:10,
29:9, 29:16, 29:17,
33:3, 33:11
**itself** [1] - 6:7

## J

**John** [1] - 12:5
**join** [4] - 8:14, 8:19,
10:3, 26:24
**joined** [1] - 26:25
**joint** [1] - 15:25
**jointly** [1] - 12:16
**Jordan** [2] - 3:12, 4:10
**JORDAN** [1] - 1:15

**JOSH** [1] - 1:16
**Josh** [3] - 3:10, 4:11,
30:12
**Judge** [42] - 4:16,
6:10, 6:14, 8:23,
8:24, 9:8, 9:12, 9:18,
10:11, 10:22, 10:24,
11:3, 11:16, 11:17,
14:2, 14:4, 14:7,
14:10, 14:16, 14:22,
15:8, 15:10, 23:9,
23:14, 24:7, 24:10,
24:22, 25:3, 25:7,
25:10, 25:17, 25:25,
26:1, 26:4, 26:10,
26:12, 26:15, 26:16,
26:21, 27:6, 27:11,
32:25
**judge** [5] - 21:25,
22:1, 22:6, 22:11,
26:10
**JUDGE** [1] - 1:8
**judgment** [1] - 7:2
**judicial** [8] - 3:24,
3:25, 7:12, 30:18,
30:23, 31:1, 31:2,
31:3
**July** [1] - 1:5
**jurisdiction** [21] -
5:20, 6:1, 6:3, 6:5,
6:6, 6:8, 16:25, 17:8,
17:15, 17:22, 17:24,
18:1, 18:8, 18:13,
18:15, 21:14, 22:6,
22:23, 31:21, 31:23
**justice** [8] - 4:14,
11:13, 26:7, 30:1,
31:18, 31:25, 32:4,
32:22
**justifies** [1] - 32:15
**justify** [2] - 31:18, 32:1

## K

**keep** [2] - 14:12, 14:22
**keeping** [1] - 20:20
**Kelly** [1] - 3:7
**KELLY** [1] - 1:11
**key** [1] - 19:15
**KRAWIEC** [1] - 1:11
**Krawiec** [1] - 3:6

## L

**LACIE** [1] - 2:1
**Lacie** [2] - 3:17, 30:20
**language** [2] - 25:6,
25:9
**Lanham** [2] - 11:25,
13:1
**law** [11] - 5:23, 6:5,

9:6, 10:19, 11:5, 16:2, 18:19, 20:24, 21:5, 24:14, 25:5
**laws** [2] - 20:22, 20:23
**lawsuit** [2] - 12:19, 16:10
**lawsuits** [1] - 16:5
**leave** [4] - 15:13, 22:3, 27:3, 33:1
**left** [1] - 31:14
**legal** [2] - 10:21, 29:18
**lengths** [1] - 12:9
**less** [2] - 15:11, 15:14
**letters** [8] - 11:4, 11:6, 11:9, 28:16, 29:23, 30:4, 30:5, 30:8
**Levin** [6] - 3:10, 4:11, 14:20, 19:8, 19:10, 30:12
**LEVIN** [1] - 1:16
**Levin's** [4] - 23:16, 27:15, 27:17, 28:23
**LEWIS** [3] - 1:15, 1:19, 1:22
**liability** [1] - 6:21
**liable** [2] - 6:14, 6:19
**light** [2] - 33:7, 33:12
**likely** [2] - 23:24, 26:20
**link** [1] - 19:14
**listened** [1] - 31:5
**litigate** [5] - 8:8, 11:20, 12:2, 19:21, 20:3
**litigated** [4] - 7:17, 29:10, 29:13
**litigating** [1] - 20:9
**litigation** [10] - 6:12, 6:18, 13:23, 14:25, 19:24, 26:13, 26:18, 26:21, 30:22, 31:7
**LLC** [5] - 1:16, 1:17, 2:2, 30:13, 30:20
**LLP** [6] - 1:12, 1:15, 1:19, 1:22, 2:1, 2:5
**lobbied** [1] - 22:19
**located** [4] - 4:20, 27:23, 28:1, 28:4
**location** [1] - 27:16
**look** [1] - 11:16
**looking** [1] - 20:5
**Los** [1] - 1:17
**lose** [1] - 13:19
**lost** [2] - 8:5, 8:21
**LTD** [1] - 1:3
**lynchpin** [1] - 16:10

## M

**majority** [2] - 13:24

**manipulated** [2] - 11:9, 30:6
**March** [1] - 11:21
**MARGARET** [1] - 1:11
**Margaret** [1] - 3:6
**matches** [2] - 13:17, 13:18
**matching** [1] - 13:5
**matchmaking** [3] - 11:23, 13:16, 14:9
**materially** [4] - 9:1, 25:1, 25:3, 25:9
**materials** [1] - 3:21
**matter** [10] - 3:20, 3:23, 4:5, 4:9, 30:10, 32:9, 33:6, 33:12, 33:20, 34:5
**matters** [1] - 26:19
**Mavan** [4] - 3:11, 4:11, 22:17, 30:13
**MAVAN** [1] - 1:16
**maxim** [1] - 25:21
**McCrary** [11] - 1:15, 3:12, 4:10, 5:22, 7:18, 8:1, 9:23, 23:3, 23:4, 33:14
**McIntosh** [17] - 1:10, 3:5, 4:2, 10:5, 10:6, 12:15, 12:20, 13:11, 14:6, 15:5, 18:11, 22:7, 27:8, 28:10, 28:13, 29:12, 33:19
**MEAGHER** [1] - 1:12
**mean** [1] - 12:21
**memoranda** [1] - 3:22
**mention** [1] - 24:13
**merely** [2] - 27:15
**MICHAEL** [2] - 1:8, 1:10
**Michael** [2] - 3:5, 10:6
**might** [4] - 17:6, 19:4, 28:16, 31:16
**mirror** [1] - 13:13
**misattributed** [1] - 9:6
**misconduct** [1] - 21:11
**misrepresentations** [1] - 11:23
**mission** [1] - 21:1
**misstatements** [1] - 13:5
**mobile** [1] - 19:11
**Mobile** [5] - 3:3, 3:10, 4:11, 4:19, 30:12
**MOBILE** [2] - 1:5, 1:15
**month** [1] - 15:15
**months** [1] - 15:12
**moreover** [2] - 5:6, 24:22
**MORGAN** [3] - 1:15,

1:19, 1:22
**morning** [7] - 3:8, 3:9, 3:14, 3:15, 3:19, 4:10, 10:5
**most** [4] - 5:11, 14:15, 21:15, 31:11
**motion** [22] - 8:5, 8:24, 10:23, 12:3, 12:4, 12:22, 15:13, 15:18, 27:2, 27:4, 27:7, 30:14, 30:15, 30:16, 30:18, 30:21, 30:23, 30:25, 31:1, 31:16, 33:1
**MOTION** [1] - 1:7
**motions** [14] - 3:20, 3:21, 3:23, 3:24, 4:3, 9:15, 15:18, 15:19, 30:11, 31:3, 31:9, 31:10, 33:5, 33:8
**move** [4] - 10:25, 16:8, 29:14, 31:13
**moved** [2] - 7:22, 8:3
**MR** [22] - 3:5, 3:9, 4:2, 4:10, 5:22, 7:18, 8:1, 9:23, 10:5, 12:15, 12:20, 13:11, 14:6, 15:5, 18:11, 22:7, 23:4, 28:10, 28:13, 29:12, 33:14, 33:19
**MS** [3] - 3:15, 10:2, 33:17
**must** [2] - 31:15, 32:2

## N

**NACHMANOFF** [1] - 1:8
**name** [2] - 8:11, 15:25
**narrowly** [1] - 14:23
**nature** [1] - 11:23
**necessarily** [1] - 15:1
**need** [7] - 4:6, 11:16, 18:4, 20:14, 29:24, 33:7, 33:11
**nefarious** [1] - 16:5
**never** [2] - 27:17, 27:18
**New** [80] - 1:13, 2:6, 3:17, 4:14, 4:21, 4:22, 4:23, 5:5, 5:10, 5:12, 5:13, 5:20, 5:23, 5:24, 5:25, 6:2, 6:4, 6:7, 7:13, 7:17, 7:25, 8:5, 8:10, 8:16, 8:21, 10:9, 10:13, 11:19, 11:20, 12:1, 12:2, 12:22, 13:1, 13:22, 14:25, 15:9, 16:22, 17:5, 17:8, 17:11, 17:14, 17:20,

17:25, 18:1, 18:6, 18:10, 19:15, 19:17, 20:6, 20:8, 20:10, 21:17, 21:25, 22:1, 22:10, 22:14, 22:15, 22:17, 22:18, 22:21, 24:4, 25:14, 26:8, 26:11, 28:4, 29:10, 29:17, 31:8, 31:11, 31:14, 31:20, 31:22, 32:8, 32:16, 32:17, 32:19, 33:6, 33:10
**new** [3] - 14:20, 15:16, 23:15
**Newton** [6] - 3:17, 4:22, 6:2, 28:3, 30:20, 31:22
**NEWTON** [1] - 2:1
**next** [4] - 25:21, 26:23, 27:13, 31:25
**non** [1] - 18:9
**non-Virginia** [1] - 18:9
**none** [3] - 18:12, 27:19, 27:22
**nonprofit** [1] - 4:19
**nonprofits** [1] - 21:8
**normally** [1] - 5:11
**North** [1] - 1:22
**notably** [4] - 6:7, 6:20, 13:7, 14:15
**note** [3] - 3:3, 15:22, 22:13
**noted** [2] - 6:14, 26:13, 26:14
**NOTES** [1] - 2:14
**nothing** [7] - 10:2, 10:15, 10:22, 25:3, 25:18, 28:19
**notice** [8] - 3:24, 3:25, 7:12, 30:18, 30:23, 31:1, 31:2, 31:3
**noting** [2] - 21:18, 22:19
**notion** [1] - 16:9
**nub** [1] - 11:2
**number** [3] - 8:6, 13:22, 29:16
**NW** [3] - 1:13, 1:19, 2:2
**NY** [1] - 2:6

## O

**objection** [2] - 4:1, 18:15
**obstruction** [2] - 11:13, 30:1
**obtained** [2] - 8:16, 15:7
**obviously** [2] - 28:19,

29:13
**occasions** [1] - 29:16
**OF** [5] - 1:1, 1:7, 2:14, 34:1, 34:10
**offer** [1] - 21:13
**OFFICIAL** [2] - 2:9, 34:1
**officials** [5] - 5:24, 16:20, 19:9, 19:10, 29:1, 29:24
**often** [1] - 31:4
**ON** [1] - 1:25
**once** [1] - 23:19
**one** [12] - 5:11, 7:15, 9:5, 10:24, 11:16, 12:24, 14:3, 19:19, 22:17, 23:20, 26:15, 27:6
**ongoing** [6] - 6:18, 23:13, 26:13, 26:15, 26:18, 26:21
**opening** [3] - 17:6, 17:9, 17:17
**operating** [1] - 18:18
**operations** [1] - 27:19
**opinion** [4] - 10:22, 10:24, 23:9, 25:7
**opinions** [4] - 10:11, 26:2, 26:4, 26:16
**opposed** [2] - 22:6, 27:2
**opposing** [2] - 27:4, 27:7
**oppositions** [1] - 3:22
**oral** [1] - 26:23
**order** [6] - 6:15, 9:9, 14:17, 23:10, 24:7, 25:7
**ordered** [1] - 14:11
**orders** [16] - 9:12, 9:13, 9:15, 9:16, 9:17, 9:18, 9:21, 11:17, 13:23, 13:25, 26:2, 26:4, 26:17, 27:12
**ordinary** [1] - 19:20
**organization** [3] - 4:19, 16:12, 20:24
**original** [2] - 8:18, 26:12
**originated** [1] - 32:19
**ostensible** [1] - 16:12
**outlined** [3] - 19:25, 21:17, 22:25
**outset** [1] - 14:7
**outside** [3] - 4:20, 18:12, 27:16
**own** [2] - 22:14, 25:12

## P

**PAGE** [1] - 1:25
**page** [1] - 9:8
**pages** [1] - 2:12
**PAPAYA** [1] - 1:3
**Papaya** [89] - 3:2, 3:6, 4:25, 5:6, 5:15, 5:22, 6:7, 6:11, 6:13, 6:14, 6:17, 6:18, 6:19, 6:20, 6:23, 7:19, 8:2, 8:3, 8:4, 8:8, 8:11, 8:13, 8:14, 8:21, 8:22, 9:3, 9:11, 9:16, 9:18, 10:7, 10:20, 11:3, 11:4, 11:5, 11:19, 11:20, 11:22, 12:1, 12:5, 12:8, 12:20, 12:23, 13:2, 13:14, 13:16, 14:3, 14:4, 14:15, 14:17, 15:12, 15:16, 19:11, 21:20, 23:7, 23:8, 23:12, 23:14, 23:15, 24:10, 24:14, 24:18, 24:24, 25:5, 25:8, 25:17, 25:19, 25:21, 25:25, 26:2, 26:12, 26:18, 26:23, 26:25, 27:4, 27:10, 27:13, 27:17, 27:21, 27:24, 28:2, 29:22, 30:3, 30:7, 31:21, 32:16, 32:22
**Papaya's** [28] - 5:2, 5:12, 6:15, 6:16, 7:1, 7:18, 9:13, 10:14, 10:15, 12:22, 13:4, 16:4, 19:21, 20:3, 22:2, 23:6, 23:10, 24:8, 24:19, 24:23, 25:1, 25:12, 25:13, 25:14, 26:19, 27:8, 29:21, 32:25
**particular** [4] - 10:24, 13:17, 21:25, 22:5
**parties** [15] - 4:15, 7:7, 8:15, 12:11, 14:25, 15:2, 15:17, 20:5, 27:3, 31:18, 32:1, 32:4, 32:15, 32:17, 32:18
**partner** [1] - 3:17
**party** [3] - 15:24, 27:7, 32:5
**patent** [1] - 22:24
**pending** [1] - 12:4
**Pennsylvania** [2] - 1:19, 2:2
**perform** [2] - 16:17, 18:19

**performed** [1] - 18:19
**permitted** [3] - 14:2, 14:4, 16:6
**permitting** [1] - 33:3
**personal** [14] - 5:20, 6:1, 6:3, 6:8, 16:25, 17:8, 17:15, 17:24, 18:1, 18:8, 18:13, 18:15, 18:20, 18:21
**picked** [1] - 19:8
**piece** [1] - 10:24
**PIERSON** [2] - 2:1, 2:5
**Pierson** [1] - 3:18
**place** [2] - 4:21, 25:16
**places** [1] - 20:16
**plaintiff** [8] - 1:3, 3:6, 5:11, 9:25, 10:6, 16:2, 25:22, 33:18
**PLAINTIFF** [1] - 1:10
**plaintiff's** [4] - 19:21, 32:3, 32:8, 32:12
**Play** [14] - 3:3, 3:10, 4:11, 4:19, 5:1, 5:3, 9:1, 9:7, 24:4, 27:13, 27:18, 30:12, 32:10
**PLAY** [2] - 1:5, 1:15
**Play's** [1] - 27:16
**played** [1] - 20:13
**players** [3] - 13:5, 13:18
**plead** [4] - 6:8, 27:24, 27:25, 28:2
**pleading** [3] - 24:25, 25:9, 25:12
**pleadings** [3] - 7:20, 8:10, 31:5
**pleads** [1] - 5:22
**pled** [3] - 5:13, 6:23, 28:19
**point** [5] - 10:3, 19:4, 20:6, 22:8, 29:15
**pointing** [1] - 11:2
**points** [4] - 23:5, 25:21, 28:11, 28:14
**policing** [1] - 21:10
**position** [2] - 12:13, 12:15
**potential** [1] - 20:16
**power** [1] - 22:5
**practices** [2] - 11:24, 23:11
**preclusion** [1] - 16:2
**predicated** [1] - 30:1
**presence** [1] - 19:13
**present** [2] - 7:8, 19:15
**presentation** [1] - 21:20
**presented** [1] - 6:25
**presiding** [1] - 6:12

**pretenses** [1] - 10:20
**prevail** [1] - 29:21
**previously** [3] - 8:8, 25:14, 25:19
**principal** [1] - 4:21
**procedural** [2] - 10:25, 11:18
**proceed** [4] - 4:15, 26:8, 26:10, 26:21
**proceeding** [1] - 7:24
**proceedings** [1] - 10:24
**process** [1] - 17:25
**produced** [2] - 13:22, 13:24, 32:16
**production** [1] - 15:1
**profit** [2] - 21:3, 21:9
**prohibition** [1] - 30:2
**prohibits** [1] - 5:23
**promised** [3] - 13:17, 19:5, 28:25
**property** [2] - 13:3, 14:10
**proposed** [8] - 8:19, 9:3, 15:13, 24:8, 24:9, 27:1, 27:9, 29:22
**prosecuting** [1] - 23:13
**prospectively** [1] - 17:7
**protective** [1] - 9:14
**prove** [2] - 30:4, 30:7
**provides** [2] - 7:9, 19:14
**providing** [1] - 5:23
**provisions** [1] - 17:23
**PSAC** [1] - 24:16
**PUBLIC** [1] - 1:17
**public** [4] - 5:24, 13:19, 16:14, 22:19
**Public** [2] - 3:11, 30:13
**publicized** [1] - 25:19
**publicizing** [1] - 20:25
**purely** [1] - 11:21
**purported** [4] - 9:7, 25:11, 27:21, 31:24
**purporting** [1] - 24:17
**pursuant** [1] - 30:15
**pursue** [4] - 8:9, 8:20, 14:3, 14:4
**pursuing** [1] - 32:24
**push** [1] - 16:9
**put** [1] - 16:1

## Q

**questions** [1] - 28:5
**quick** [1] - 28:14
**quickly** [1] - 21:18

**quotations** [1] - 24:16
**quote** [2] - 25:6
**quoted** [1] - 10:11
**quotes** [1] - 9:14

## R

**raise** [2] - 17:13, 17:17
**raised** [1] - 23:5
**rather** [1] - 5:14
**re** [1] - 5:17
**re-file** [1] - 5:17
**read** [1] - 24:6
**really** [3] - 15:10, 20:6, 20:18
**reason** [2] - 12:8, 14:9
**reasonable** [1] - 18:2
**reassert** [2] - 9:5, 27:11
**reasserts** [2] - 6:17, 8:13
**REBECCA** [1] - 2:9
**Rebecca** [1] - 34:3
**received** [2] - 22:16, 24:12
**receives** [1] - 23:24
**recess** [1] - 33:21
**recitation** [1] - 21:22
**recognized** [2] - 15:23, 26:16
**record** [4] - 3:4, 10:8, 33:22, 34:4
**referring** [1] - 24:10
**regard** [1] - 33:12
**regarding** [6] - 6:25, 9:5, 14:15, 24:23, 25:2, 25:13
**registration** [1] - 22:19
**reinforces** [2] - 7:4, 7:10
**rejected** [2] - 23:9, 32:25
**rejecting** [1] - 9:12
**relate** [1] - 27:22
**related** [11] - 6:12, 12:25, 13:5, 15:11, 24:11, 26:12, 26:14, 26:18, 26:20, 32:24
**relation** [3] - 4:17, 7:16, 32:12
**relied** [1] - 6:7
**relitigated** [1] - 33:3
**remaining** [2] - 31:23, 33:8
**repeatedly** [1] - 26:1
**repetitive** [1] - 31:5
**reply** [4] - 3:22, 17:13, 21:13, 31:2
**REPORTER** [3] - 2:9,

34:1, 34:10
**representations** [2] - 14:9, 14:13
**requesting** [2] - 21:24, 21:25
**require** [1] - 30:3
**required** [1] - 15:24
**research** [1] - 24:18
**residents** [2] - 18:23, 29:3
**resolved** [2] - 19:3, 33:20
**resources** [1] - 33:3
**respectfully** [1] - 15:6
**respond** [1] - 5:19
**responsible** [1] - 12:11
**review** [1] - 3:21
**reviewed** [1] - 31:4
**rise** [1] - 6:21
**RPR** [1] - 2:9
**rule** [6] - 7:4, 7:5, 7:9, 15:23, 17:1, 21:12
**ruled** [5] - 24:22, 25:3, 25:10, 25:17, 25:25
**rules** [1] - 9:14
**ruling** [3] - 8:23, 26:4, 33:12
**rulings** [2] - 8:23, 9:14

## S

**Sacerdote** [1] - 16:1
**sanctions** [1] - 30:25
**satisfied** [1] - 7:4
**scammed** [1] - 23:18
**scheme** [4] - 9:8, 24:17, 25:11, 27:21
**schemes** [4] - 16:10, 16:15, 20:1, 21:2
**scope** [2] - 14:25, 15:1
**screenshots** [1] - 23:18
**sealing** [2] - 9:16, 13:23
**SEATON** [1] - 2:4
**Seaton** [1] - 3:18
**Second** [4] - 9:19, 16:1, 16:7
**second** [12] - 8:19, 9:3, 15:14, 20:5, 23:15, 24:9, 24:14, 27:1, 29:22, 32:14, 32:23, 33:1
**section** [1] - 24:6
**see** [1] - 15:19
**seeing** [1] - 14:19
**seek** [2] - 12:2, 22:9
**seeking** [4] - 9:16, 12:5, 17:2, 32:5

**seeks** [1] - 9:4
**self** [2] - 5:14, 6:24
**self-incrimination** [2] - 5:14, 6:24
**send** [2] - 23:21, 23:22
**sensitive** [1] - 24:19
**sent** [1] - 33:6
**separate** [1] - 16:5
**separately** [1] - 12:4
**September** [1] - 13:6
**serve** [2] - 8:15, 32:21
**served** [1] - 7:19
**services** [2] - 16:17, 18:19
**set** [2] - 3:23, 6:13
**sets** [2] - 21:7, 30:11
**seven** [5] - 4:20, 5:4, 6:9, 15:16, 32:18
**several** [1] - 5:21
**severed** [1] - 14:11
**shopping** [2] - 21:21, 22:24
**show** [5] - 22:8, 23:19, 24:25, 25:8, 29:23
**showed** [2] - 25:12, 29:2
**shut** [1] - 14:22
**side** [1] - 7:14
**sIGNATURE** [1] - 34:10
**significant** [2] - 16:21, 28:16
**similarity** [2] - 7:6, 7:7
**similarly** [1] - 14:24
**simply** [5] - 6:21, 15:24, 21:21, 21:24, 28:1
**single** [2] - 15:25, 25:23
**six** [2] - 4:19, 6:8
**SKADDEN** [1] - 1:12
**Skillz** [25] - 6:12, 7:13, 7:14, 7:25, 8:2, 8:6, 8:12, 11:20, 11:21, 11:24, 12:10, 12:14, 12:15, 12:19, 13:3, 13:14, 13:16, 14:2, 14:4, 23:13, 24:17, 26:19, 27:4, 27:7, 32:17
**Skillz's** [5] - 8:4, 8:5, 8:23, 13:5, 24:11
**SLATE** [1] - 1:12
**social** [2] - 16:12, 20:24
**solicited** [1] - 18:22
**somewhat** [1] - 31:6
**sorry** [1] - 27:18
**sought** [2] - 12:1, 15:16

**Southern** [16] - 4:14, 7:24, 8:4, 10:13, 17:8, 17:11, 21:24, 22:1, 26:8, 26:11, 31:7, 31:11, 31:14, 32:8, 33:6, 33:10
**specific** [1] - 13:19
**spend** [1] - 4:4
**sponsored** [1] - 16:16
**Square** [3] - 2:10, 3:11, 30:13
**SQUARE** [1] - 1:16
**squarely** [1] - 23:9
**stand** [1] - 21:14
**stand-alone** [1] - 21:14
**standards** [2] - 10:21, 29:18
**start** [4] - 10:8, 16:25, 18:12, 19:11
**state** [21] - 5:7, 5:8, 5:23, 5:24, 6:4, 7:19, 7:23, 8:3, 9:9, 12:5, 19:7, 24:14, 24:24, 25:8, 25:11, 25:25, 27:9, 29:1, 29:2, 30:14, 31:8
**statements** [9] - 8:25, 9:7, 11:4, 24:23, 24:25, 25:2, 25:4, 30:2
**STATES** [2] - 1:1, 1:8
**states** [2] - 5:2, 22:14
**stating** [1] - 25:16
**statistics** [1] - 13:21
**status** [2] - 15:2, 20:23
**statute** [5] - 12:1, 13:2, 17:21, 17:24, 30:1
**statutes** [3] - 11:14, 30:3
**stay** [2] - 30:17, 30:22
**STENOGRAPHIC** [1] - 2:14
**step** [1] - 15:22
**still** [3] - 17:20, 21:16, 26:15
**stock** [2] - 25:6, 25:9
**Stonestreet** [2] - 34:3, 34:9
**STONESTREET** [1] - 2:9
**stop** [1] - 28:6
**strains** [2] - 15:15, 28:20
**strategic** [3] - 8:14, 26:24, 27:5
**Strategies** [4] - 3:11, 30:13, 30:14

**STRATEGIES** [2] - 1:16, 1:17
**strike** [1] - 30:21
**strong** [2] - 4:25, 20:1
**stronger** [1] - 22:25
**strongly** [1] - 20:20
**subject** [1] - 31:23
**submission** [2] - 9:5, 24:1
**submissions** [1] - 29:6
**submit** [4] - 19:9, 23:17, 23:19, 28:24
**submitted** [11] - 10:18, 16:20, 17:7, 19:6, 20:15, 24:3, 24:4, 28:18, 29:1, 29:3, 29:23
**submitting** [1] - 15:8
**subpoenaed** [1] - 14:24
**subpoenas** [4] - 7:19, 7:21, 8:15, 15:1
**substantial** [5] - 7:6, 7:7, 19:22, 20:4, 32:13
**sued** [2] - 11:20, 12:20
**sufficient** [2] - 17:14, 28:8
**suggested** [1] - 28:18
**suit** [2] - 17:2, 32:17
**Suite** [2] - 1:23, 2:2
**summarized** [1] - 24:7
**summary** [1] - 7:1
**sundry** [1] - 15:19
**support** [2] - 23:1, 23:5
**supports** [1] - 31:2
**supposed** [2] - 20:15, 21:8
**Supreme** [2] - 15:23, 29:20
**surreptitious** [1] - 23:11
**sworn** [2] - 10:17, 11:10

## T

**terms** [1] - 22:14
**test** [1] - 29:5
**testify** [1] - 5:14
**testifying** [2] - 5:15, 6:23
**testimony** [2] - 6:22, 6:25
**Texas** [1] - 27:19
**textbook** [1] - 11:13
**THE** [30] - 1:1, 1:8, 1:10, 1:15, 2:2, 3:8,

3:14, 3:19, 4:3, 5:19, 7:11, 7:23, 9:22, 9:24, 10:4, 12:13, 12:18, 13:8, 14:2, 15:3, 18:7, 22:4, 23:3, 28:7, 28:12, 29:9, 30:10, 33:15, 33:18, 33:20
**themselves** [2] - 30:4, 30:6
**theory** [1] - 28:15
**therefore** [4] - 5:25, 7:8, 9:1, 26:7
**they've** [1] - 4:23
**third** [7] - 14:24, 15:2, 20:18, 24:16, 25:10, 31:1, 32:14
**three** [3] - 9:7, 19:18, 24:21
**throughout** [3] - 10:11, 21:19, 21:20
**throw** [1] - 13:21
**ties** [1] - 32:9
**Todd** [1] - 3:7
**TODD** [1] - 1:11
**took** [2] - 14:15, 25:16
**tort** [1] - 15:25
**tortious** [2] - 5:25, 17:22
**tortured** [1] - 31:6
**touched** [1] - 19:19
**toward** [1] - 20:6
**tracks** [1] - 12:10
**transcript** [1] - 34:4
**TRANSCRIPT** [1] - 1:7
**TRANSCRIPTION** [1] - 2:14
**transfer** [28] - 4:6, 7:5, 7:10, 10:1, 10:25, 16:8, 17:2, 21:14, 21:17, 21:24, 21:25, 22:5, 22:9, 23:1, 26:7, 30:16, 30:22, 31:10, 31:16, 31:19, 32:1, 32:5, 32:6, 32:7, 32:15, 32:21, 33:5, 33:7
**transferee** [2] - 17:4, 31:17
**transferred** [1] - 4:13
**travel** [1] - 20:15
**trial** [5] - 6:13, 6:25, 20:13, 20:16
**tricked** [1] - 24:18
**tries** [1] - 27:10
**true** [4] - 18:24, 27:14, 30:8, 32:10
**trying** [2] - 8:22, 15:4
**turn** [1] - 23:7
**turning** [1] - 21:12

**turns** [1] - 27:6
**twice** [5] - 4:16, 6:10, 9:12, 25:25, 26:17
**two** [11] - 9:6, 15:12, 16:4, 22:23, 23:20, 23:22, 27:22, 28:11, 28:14, 30:11, 31:15
**types** [1] - 21:8

## U

**U.S** [1] - 2:9
**U.S.C** [1] - 11:13
**under** [13] - 10:20, 11:7, 11:24, 11:25, 13:1, 16:6, 18:4, 18:18, 20:24, 29:25, 31:16, 33:4
**underhanded** [1] - 16:5
**undermines** [1] - 22:12
**underscores** [1] - 29:4
**underscoring** [1] - 29:14
**undertaking** [1] - 21:2
**undisputed** [1] - 11:10
**undoubtedly** [1] - 32:21
**unevenly** [1] - 13:18
**UNITED** [2] - 1:1, 1:8
**unless** [1] - 28:5
**unlike** [1] - 22:18
**unnecessary** [1] - 31:7
**untested** [2] - 19:2, 29:5
**up** [3] - 9:19, 19:1, 26:4
**upset** [1] - 26:4
**urging** [1] - 10:19

## V

**VALOR** [1] - 1:17
**Valor** [3] - 3:11, 4:12, 30:13
**variety** [1] - 30:11
**vast** [2] - 13:23, 13:24
**venue** [3] - 31:12, 32:3, 32:12
**versus** [2] - 3:3, 5:5
**via** [1] - 20:12
**videos** [1] - 20:12
**videotape** [1] - 20:12
**views** [1] - 14:7
**violated** [1] - 5:23
**violation** [2] - 6:4, 11:13
**Virginia** [43] - 2:10, 4:17, 4:18, 4:20,

4:25, 5:5, 5:8, 5:16,
5:17, 7:19, 7:23, 8:3,
8:9, 9:20, 12:5, 16:9,
16:21, 16:22, 18:9,
18:17, 18:18, 18:19,
18:22, 18:25, 20:7,
20:8, 20:20, 22:25,
24:3, 27:14, 27:16,
27:18, 27:22, 27:24,
28:1, 28:2, 28:25,
29:3, 31:8, 31:9,
32:10, 32:20
**VIRGINIA** [1] - 1:1
**Virginia's** [1] - 29:25
**virtually** [1] - 33:2
**voluminous** [1] - 31:4

# W

**Wacker** [1] - 1:22
**waived** [3] - 17:16,
17:18, 18:14
**wants** [1] - 9:25
**warranted** [1] - 26:7
**Washington** [3] -
1:13, 1:20, 2:3
**waste** [1] - 33:3
**weak** [1] - 32:9
**website** [23] - 5:1, 5:3,
9:1, 9:7, 12:6, 12:9,
12:12, 12:16, 12:25,
16:16, 18:20, 19:5,
23:17, 23:19, 24:12,
24:15, 24:24, 25:2,
25:15, 27:19, 28:17,
28:25, 29:2
**weeks** [1] - 15:21
**weigh** [3] - 9:25,
20:19, 21:17
**weight** [4] - 5:18, 32:2,
32:9, 32:13
**welfare** [2] - 16:12,
20:24
**whatsoever** [1] - 28:2
**win** [1] - 13:18
**witness** [2] - 6:22,
32:3
**witnesses** [11] - 5:12,
14:17, 14:21, 20:6,
20:11, 20:14, 31:18,
32:1, 32:14
**words** [1] - 11:17
**world** [1] - 5:2

# Y

**years** [1] - 15:23
**York** [79] - 1:13, 2:6,
3:17, 4:14, 4:21,
4:22, 4:23, 5:5, 5:10,
5:12, 5:13, 5:20,

5:23, 5:24, 5:25, 6:2,
6:4, 6:7, 7:13, 7:17,
7:25, 8:5, 8:10, 8:16,
8:21, 10:9, 10:13,
11:19, 11:20, 12:1,
12:2, 12:22, 13:1,
13:22, 14:25, 15:9,
16:22, 17:5, 17:8,
17:11, 17:14, 17:20,
17:25, 18:1, 18:6,
18:10, 19:15, 20:6,
20:8, 20:10, 21:17,
21:25, 22:1, 22:10,
22:14, 22:15, 22:17,
22:18, 22:21, 24:4,
25:14, 26:8, 26:11,
28:4, 29:10, 29:17,
31:8, 31:11, 31:14,
31:20, 31:22, 32:8,
32:16, 32:17, 32:19,
33:6, 33:10
**York's** [1] - 19:17