```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
PAPAYA GAMING, LTD.,                     :
                                         :
                         Plaintiff,      :      25cv5573 (DLC)
                                         :
              -v-                        :          ORDER
                                         :
FAIR PLAY FOR MOBILE GAMES, et al.,      :
                                         :
                         Defendants.     :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

On August 18, 2025, defendants filed a motion for sanctions pursuant to Rule 11(c), Fed. R. Civ. P. Accordingly, it is hereby

ORDERED that plaintiff shall file any opposition to that motion by **August 29, 2025**. The reply, if any, shall be filed by **September 5, 2025**. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         August 19, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge