UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
PAPAYA GAMING, LTD.,                       :
                                          :
                         Plaintiff,        :         25cv5573 (DLC)
                                          :
        -v-                                :         ORDER
                                          :
FAIR PLAY FOR MOBILE GAMES, et al.,        :
                                          :
                         Defendants.       :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

     An Opinion of February 27, 2026, granted the defendants'
motions to dismiss and motions for sanctions and request for
attorneys' fees and costs incurred in defending this action.
Accordingly, it is hereby

     ORDERED that the parties shall attempt to agree upon the
amount of the attorneys' fees and costs owed without prejudice
to the plaintiff's right to appeal the February 27 Opinion.  The
parties may engage in private mediation or seek a referral from
the Court.  In the event the parties are unable to agree upon
the amount of attorneys' fees and costs owed, the defendants
shall file a motion for attorneys' fees and costs by **May 8,
2026.**  The plaintiff's opposition is due **May 29, 2026.**  The
defendants' reply is due **June 12, 2026.**  At the time any reply
is filed, the moving party shall supply Chambers with two (2)
courtesy copies of all motion papers by mailing or delivering

them to the United States Courthouse, 500 Pearl Street, New

York, New York.

Dated:   New York, New York
         February 27, 2026

                                 _____
                                         DENISE COTE
                                 United States District Judge

2