UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------
                                        x
PAPAYA GAMING, LTD.,                     :
                                         :
                                         :
              Plaintiff,                  :
                                         :
v.                                       :    No. 1:25-cv-05573-DLC
                                         :
FAIR PLAY FOR MOBILE GAMES, et al.,      :
                                         :
                                         :
              Defendants.                 :
                                         :
------------------------------------ x

## STIPULATION AND [PROPOSED] ORDER

Pursuant to the Court's February 27, 2026 Opinion and Order, ECF No. 155, and February 27, 2026 Order, ECF No. 156, Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"), Plaintiff Papaya Gaming, Ltd. ("Papaya"), and Defendants Fair Play for Mobile Games; Josh Levin; Square Strategies LLC; Lacie Newton; Assemble the Agency LLC; Mavan Group, Inc; and Valor Public Strategies LLC (collectively, "Defendants") hereby stipulate and agree as follows:

1.      Skadden shall remit $1,100,000 to Morgan, Lewis & Bockius LLP within 21 days of the Court's entry of this Order.

2.      Skadden's payment of $1,100,000 to Morgan, Lewis & Bockius LLP, as set forth in paragraph 1 above, fully satisfies the obligation of Skadden and Papaya to pay the attorneys' fees and costs owed to Defendants for Defendants' expenses incurred in defending this action, as set forth in the Court's February 27, 2026 Opinion and Order, ECF No. 155.

3.      Defendants shall not seek additional sanctions or penalties against Skadden, Papaya, or any of their respective attorneys or employees for litigation conduct up through the

present date in this action. Defendants reserve the right to seek attorneys' fees and costs incurred in any other action or any future proceedings in this action.

4.      Papaya and Skadden waive their respective rights to appeal the Court's February 27, 2026 Opinion and Order, ECF No. 155, insofar as the Opinion and Order relates to the imposition of sanctions.

5.      Under no circumstances shall Papaya or Skadden be entitled to any reimbursement or reduction of the $1,100,000 paid pursuant to paragraph 1 above.

DATED: May 15, 2026

By: /s/ *Anthony J. Dreyer*

Anthony J. Dreyer
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
(212) 735-3000
anthony.dreyer@skadden.com

Margaret E. Krawiec (*pro hac vice*)
David B. Leland (*pro hac vice*)
Michael A. McIntosh (*pro hac vice*)
Todd D. Kelly (*pro hac vice*)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
1440 New York Ave. NW
Washington, DC 20005
(202) 371-7000
margaret.krawiec@skadden.com
david.leland@skadden.com
michael.mcintosh@skadden.com
todd.kelly@skadden.com

*Counsel for Skadden, Arps, Slate,
Meagher & Flom LLP*

By: /s/ *Ari M. Selman*

Ari M. Selman
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000
ari.selman@morganlewis.com

Elizabeth Herrington (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
110 N. Wacker Dr., Ste. 2800
Chicago, IL 60606
(312) 324-1445
beth.herrington@morganlewis.com

*Counsel for Defendants Fair Play for
Mobile Games; Josh Levin; Square
Strategies LLC; Mavan Group, Inc.;
and Valor Public Strategies LLC*

So ordered.

Denise Cote
5/15/26

By: */s/ James D. Gatta*

James D. Gatta
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800
jgatta@goodwinlaw.com

*Counsel for Plaintiff*
*Papaya Gaming, Ltd.*

By: */s/ Christina H. Bost Seaton*

Christina H. Bost Seaton
Daniel Messeloff
Amy Epstein Gluck (*pro hac vice*)
PIERSON FERDINAND LLP
1270 Avenue of the Americas
New York, NY 10020
(917) 765-8201
christina.bostseaton@pierferd.com
dan.messeloff@pierferd.com
amy.epsteingluck@pierferd.com

*Counsel for Defendants Assemble the*
*Agency LLC and Lacie Newton*

**SO ORDERED:**

Honorable Denise L. Cote
United States District Judge