# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE
OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-3097
DIRECT FAX
917-777-3097
EMAIL ADDRESS
ANTHONY.DREYER@SKADDEN.COM

June 5, 2026

**VIA ECF**
Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

RE:    *Papaya Gaming, Ltd. v. Fair Play for Mobile Games*, No. 1:25-cv-05573-DLC

Dear Judge Cote:

We write jointly on behalf of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden") and Fair Play for Mobile Games; Josh Levin; Square Strategies LLC; Mavan Group, Inc.; Valor Public Strategies LLC; Assemble the Agency LLC; and Lacie Newton (collectively, "Defendants") in connection with the Court's entry of the May 15, 2026 Stipulation and Order, ECF No. 161.

The Stipulation and Order requires Skadden to remit $1,100,000 to Morgan, Lewis & Bockius LLP ("Morgan Lewis") by June 5, 2026. *Id.* ¶ 1. Skadden is and has been prepared to remit that amount to Morgan Lewis in compliance with the stipulated deadline. Morgan Lewis has advised, however, that it needs additional time to finalize its internal processes for receipt and disbursement of Skadden's payment before Skadden can remit that payment. Accordingly, Skadden and Defendants have agreed to an extension of the deadline for Skadden to remit the stipulated amount to Morgan Lewis until [June 22, 2026].

Skadden and Defendants therefore respectfully request that the Court extend the time for Skadden to pay $1,100,000 to Morgan Lewis until [June 22, 2026].

*Granted.*
*So ordered.*

*[signature]*
*6/8/26*